**NOTE:** Presumably Mr. Wang should have a court appearance on or about Jan. 5th, 2017. Therefore, this Amended complaint is being sent to the court NOW (Jan. 4th, 2017). ←L.W.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

2017 JAN -6  P 12: 24

US DISTRICT COURT
HARTFORD CT

LISHAN WANG,

Plaintiff,                                          :       COMPLAINT CIVIL

                                                    :       ACTION NO. 3:16-cv-1207-AVC

v.                                                  :

                                                    :

MIRIAM DELPHIN-RITTMON,                            :       DATE: January 6 , 2017 (Amended)

HELENE VARTELAS, CEO, CONNECTICUT VALLEY HOSPITAL

THOMAS WARD-MCKINLAY, PSYCHOLOGIST, DIRECTOR OF WHITING

FRANK VALDEZ, UNIT 2 DIRECTOR

Michael A. Norka, PSYCHIATRIST

MARK COTTERELL, PRINCIPAL PSYCHIATRIST

Dr. Taiya Ogundipe, PSYCHIATRIST

LORI L. HAUSER, PSYCHOLOGIST

SUSAN MCKINLAY, FORENSIC MONITOR

MISTY DELCIAMPO, Nurse

Dr. (1st name?) FRANKEL, PHYSICIAN    ( Possible first name: "Irene")

KATHY BURNESS, APRN

Defendants                                          :

Please Go To Back ⇒ P₂

## I.   JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure. **_Monroe v. Pape_**, 365 U.S. 167 (1961). **_Monell v. New York City Dept. of Social Services_**, 436 U.S. 658 (1978). Plaintiff's claims for the inherent dignity and of the equal and inalienable rights are authorized by Universal Declaration of Human Rights and the agreements between the United States (US) and the People's Republic of China (PRC).

2. 1964 Civil Rights Act-This prohibits discrimination in education, employment, and **public accommodations** on the basis of "race, color, religion, or national origin." 1925 _Gitlow v. New York_. The U.S. Supreme Court decides that states cannot interfere with free speech any more than the federal government can. This decision also establishes that the Fourteenth Amendments, guaranteeing all citizens the right of due process, extends to state as well as federal actions. **_Using fabricated mental illness to discredit an accused and ordering forced medication based on the wrong diagnosis is a new form of persecution and racism or discrimination!_** Denying Mr. Wang's request for a second opinion about his mental health from a qualified defense expert is a violation of Mr. Wang's _14th Amendment Right_.

3. In **_Sell v. U.S._**, 539 U.S. 166 (2003), The U.S. Supreme Court has ruled that "assuming that defendant was NOT dangerous to himself or others, he could NOT be ordered involuntarily to take antipsychotic drugs solely to render him competent to stand trial without consideration of important questions about trial-related side effects and whether they were likely to undermine fairness of trial." And New Haven Superior Court **_Judge O'Keefe_**'s public comment at court in November 2015 before trial that Mr. Wang "is a danger to society and can not be set free" _is prejudice to the judge himself_, a bias against Mr. Wang, and _is a violation of the law which stipulates that an accused is innocent before trial until proven guilty and a judge should be neutral before and during trial._

4. New Haven Superior Court, Attorney Thomas Ullmann, the psychiatrists and psychologists from Yale University and Whiting had wrongfully and unjustifiably accused the Plaintiff of filing "inappropriate motions" at court and of quoting Hitler inappropriately. This is a violation of the Plaintiff's _First Amendment Right_. Falsely labeling the Plaintiff as "being incompetent" because he has insisted on his being innocent until being proven guilty, because he wants to represent himself at trial, and because he did NOT want to discuss his criminal case with the psychiatrists at Whiting or from Yale is a violation of Mr. Wang's _5th and 6th Amendment Rights_. Unnecessary and wrongful forced medication against Mr. Wang's will is a violation of Mr. Wang's _8th Amendment Right,_ a contradiction to the _U.S. Supreme Court's_ ruling in **_Sell v. U.S._**

5. Whiting Forensic Institute (or Whiting, hereafter) is a healthcare facility. It also subjects to the regulation of the State and Federal laws regarding patient care, including the policies set by the Joint Commission. Section 1983 has also granted an _un-sentenced_ patient/inmate to sue doctors and other healthcare workers who mistreat the plaintiff. **_West v. Atkins_**, 487 U.S. 42 (1988)

6. The recent Hoffman report, commissioned by **the American Psychological Association** (**APA**) which relates to ethics, interrogations, and torture, revealed both devastating moral failing by a few individual psychologists and a more general vulnerability in broader sections of the profession. The ethical guidelines of **the American Academy of Psychiatry and the Law** stipulate that despite the adversarial nature of legal proceedings, psychologists and psychiatrists *"should adhere to the principle of honesty and strive for objectivity."* It is illegal, inhumane, and unethical for New Haven Superior Court to use the State hired experts (or guns) to dishonestly misdiagnose Mr. Wang with certain phony "mental illness", to defame him, and to demonize him.

7. In August 2015, the Interrogation Ban had been enacted by **APA**. The Council of Representative of **APA** voted 157-1 to ban psychologists from participating in national security interrogations. The Plaintiff Lishan Wang is an *"un-sentenced"* patient and should NOT be subjected to psychological warfare and mental torture, such as being instilled and forced into "Learned Helplessness". it is cruel, barbaric, brutal and inhumane for Whiting to use abusive State employees as "hounds" to provoke, abuse, and bully "mentally ill patients" including Mr. Wang in order to make him "insane" and thus "justify" the sham doctors' diagnosis with lies.

8. **The Nuremberg Code** and **the Declaration of Helsinki** regarding using human subjects for medical research.

9. The recent widely-publicized trial of an ex-Nazi Auschwitz guard (**Reinhold Hanning**) for an accessory to murder. It means that any State Employee at Whiting is committing a crime if he or she does NOT speak out the abuses, discrimination, and crimes which had been committed by other State Employees against Mr. Wang. In general, Whiting is a lie and fraud! It will NOT change unless there is an order of "shakedown" on Whiting from the Court or from the State Government. Dr. Thomas Ward-McKinlay, the Director of Whiting, seems having been constantly engaging in making cover-ups for all the misconducts and crimes committed by those abusive and dishonest employees, including certain doctors, nurses, social workers, unit director, and police officers. How many "competent patients" had been misdiagnosed as "being incompetent" and thus been placed on "forced medication"? Equally scary is: How many "incompetent patients" had been diagnosed as "being competent" and thus been neglected and mistreated at DOC? Healthcare workers are supposed to "heal patients", NOT to abuse or harm patients. A few of healthcare workers are been violating the ethical principle of "*DO NO HARM*". Whiting is a cancer! The State of Connecticut is ranked on the top of the state debt list in U.S. whose state debt per person is $5,491 (*TIME* February 22-29, 2016). Even if the patients at Whiting have been used as "subjects for medical research", the results are phony and the society would NOT benefit from the medical experiments at Whiting because of the universal frauds and daily lies occurred at Whiting!

10. The US Courthouse at Hartford, CT 06103 is an appropriate venue under 28 U.S.C. Section 1391(b) (2) because it is where part of or ALL the events giving rise to this claim occurred. It is also appropriate to ask U.S. Court to uphold the rulings of the U.S. Supreme Court and U.S. Constitution.

11. Due to the limit of the size of free mails at Whiting, many supporting documents for this *REVISED & UPDATED* **Complaint** will be sent in a few separate mails. The first version (July 14, 2016) of this Complaint had been sent to the Court **BEFORE** (**3:16-cv-1207-AVC**) even though it (and the revised one) had NOT been polished and organized properly as he wished! The revised version (August 29, 2016) of the Complaint is meant to focus more on those professionals and supervisors. On October 3, 2016, the Court had ordered Plaintiff to amend

Please Go To Back ⇨ P4

*the Complaint* to only include one of distinct sets of claims. Mr. Wang will do his best to follow the court's direction to reach that goal. However, it is difficult to separate <u>all</u> the issues presented in the previous Complaint, because Mr. Wang had suspected long time ago that the so-called "incompetency to stand trial" is a **scam** of unfair prosecution wrapped in psychological warfare and mental torture with the terrors of wrong diagnosis, forced medication and medical malpractice inside racism, bias, abuses, and frauds. On November 28, 2016, Plaintiff had received a letter from the Court regarding the deadline of December 5, 2016. Plaintiff will file a separate suit, as suggested by the Court order of October 3, 2016, about the abuses, racism, and/or discrimination committed by Whiting and its employees. (Plaintiff has sent a copy of partially "amended" Complaint dated December 1 and 5, 2016 respectively to the Court. On November 29, 2016, Plaintiff's legal counsel Attorney Ullmann in his criminal case told him that the forced medication on him would be started soon because the U.S. Supreme Court had refused to grant "the stay of the order (of forced medication)". On December 6, 2016, the day before plaintiff went to New Haven Superior Court, Atty. Ullmann had told Mr. Wang that the court appearance on December 7, 2016 had been cancelled and the new court date is in early January 2017. Therefore, Plaintiff continues to work on this draft in order to better meet the court order, even though it is after the original deadline of December 5, 2016. On December 27, 2016, Mr. Wang received a letter from the Court with rulings on December 19, 2016 that he needs to amend the Complaint based on the court order and submit it by January 18, 2017.)

## II.   PLAINTIFF

12. Plaintiff, <u>**LISHAN WANG**</u>, is and was at all times mentioned herein a prisoner ("un-sentenced") of the State of Connecticut in the custody of the Connecticut Department of Corrections (DOC).  From September 2010 to February 2011 and from April 6th, 2015 to present he has been sent to Whiting Forensic Institute (Whiting), Connecticut Valley Hospital for evaluation of "incompetency to stand trial" and thus considered a "patient". He is currently confined involuntarily in Whiting Forensic Institute, 70 O'Brien Drive, Middletown, Connecticut. Zip code 06457. (<u>**NOTE**</u>: Plaintiff may be moved back to the Connecticut State Department of Correction if he is to be found competent to stand trial after the filing of this case. Please kindly contact Attorney **Thomas Ullmann**, Tel: 1-203-6816, at the Office of Public Defender, New Have Superior Court, if the U.S. Court can NOT reach Mr. Wang at the above-mentioned address.)

## III.   DEFENDANTS

13. Defendant, <u>**MIRIAM DELPHIN-RITTMON**</u>, is the Commissioner of the State of Connecticut Department of Mental Health & Addiction Services (MHAS, or DMHAS). He is legally responsible for the overall operation of the MHAS and Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*<u>learned helplessness</u>*", "*<u>Irresponsibility</u>*", "*immorality*", and "*arbitrariness*" into a patient's mind. <u>Mailing address</u>: MHAS, 410 Capitol Avenue, P.O. Box 341431, Hartford, CT 06134.

14. Defendant, <u>**HELENE VARTELAS**</u>, is the Chief Executive Officer (CEO) of Connecticut Valley Hospital (CVH). She is legally responsible for the overall operation of CVH and Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*<u>Learned Helplessness</u>*", "*<u>Irresponsibility</u>*", "*immorality*",

*and "arbitrariness"* into a patient's mind. Mailing address: CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.

15. Defendant, **THOMAS WARD-MCKINLAY**, is the Director of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). He is legally responsible for the grievance and complaints submitted to him, and overall operation of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate *"learned helplessness"*, *"Irresponsibility"*, *"immorality"*, *and* *"arbitrariness"*, into a patient's mind. Mailing address: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

16. Defendant, **FRANK VALDEZ**, is the Director of Unit Two (2) of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). He is legally responsible for the grievance and complaints submitted to him, and overall operation of Unit Two (2) of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate *"learned helplessness"*, *"Irresponsibility"*, *"immorality"*, *and* *"arbitrariness"* into a patient's mind. Frank is a member of Mr. Wang's so-called treatment team. Mailing address: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

17. Defendant, **Kathy Burness**, is an APRN at Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH). She is legally responsible for seeing patients of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) when there are medical needs for the patients. She is part of Whiting's mission to inculcate *"learned helplessness"*, *"Irresponsibility"*, *"immorality"*, *and* *"arbitrariness"* into a patient's mind. She herself has violated the ethical norm of "DO NO HARM", and has committed medical malpractice and deliberate indifference to patients' medical need with lies. Mailing address: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

18. Defendant, **Dr. Frankel** (First name unknown) is a physician at Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH). She is legally responsible for seeing patients of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) when there are medical needs for the patients. She is part of Whiting's mission to inculcate *"learned helplessness"*, *"Irresponsibility"*, *"immorality"*, *and* *"arbitrariness"* into a patient's mind. She herself has committed medical malpractice and deliberate indifference to patients' medical need with lies. Mailing address: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.* (Possible first name: Irene)

19. Defendant, **Michael A. Norka, M.D.,** is the Director of Forensic Services at MHAS with an obvious mission to inculcate *"learned helplessness"* into a patient's mind. He is the reviewer of the September 10, 2015 report about Mr. Lishan Wang (plaintiff)'s mental health. He is part of Whiting's mission to inculcate *"learned helplessness"*, *"Irresponsibility"*, *"immorality"*, *and* *"arbitrariness"* into a patient's mind. He himself has violated the ethical norm of "DO NO HARM", and has committed medical malpractice and deliberate indifference to patients' medical need with lies when he co-authored Dr. Cotterell's Report (dated September 10, 2015) about Mr. Wang's mental health. He is legally responsible for the correctness and ethics for the physicians' at Whiting evaluating a patient's competency and treating the patient if indicated. He is responsible for ensuring the correctness and truthfulness of the statements made by the physicians at

Please Go To Back ⇒ P6

P4/41

Whiting, a patient's treatment team and the staff members, of a patient's medical records, clinical diagnosis, and the treatment plan. He is subject to regulation of the medical ethics in his clinical practice and the law in his official capacity and for his testimony at court. <u>Mailing address</u>: MHAS, 410 Capitol Avenue, P.O. Box 341431, Hartford, CT 06134. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

20. Defendant, **MARK COTTERELL,** is the Principal Psychiatrist at Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned helplessness*", "*Irresponsibility*", "*immorality*", *and* "*arbitrariness*" into a patient's mind by mental torture and psychological warfare. He is legally responsible for evaluating a patient's competency and treating the patient if indicated. He is responsible for ensuring the correctness and truthfulness of the statements made by a patient's treatment team and the staff members, a patient's medical records, clinical diagnosis, and the treatment plan. He is subject to regulation of the medical ethics in his clinical practice and the law for his testimony at court. <u>Mailing address</u>: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

21. Defendant, **Dr. Taiya Ogundipe,** is the Psychiatrist (He had left Whiting in June 2016) at Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned helplessness*", "*Irresponsibility*", "*immorality*", *and* "*arbitrariness*" into a patient's mind by mental torture and psychological warfare. He is legally responsible for evaluating a patient's competency and treating the patient if indicated. He is responsible for ensuring the correctness and truthfulness of the statements made by a patient's treatment team and the staff members, a patient's medical records, clinical diagnosis, and the treatment plan. He is subject to regulation of the medical ethics ("<u>DO NO HARM</u>") in his clinical practice and the law for his testimony at court. <u>Mailing address</u>: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

22. Defendant, **LORI L. HAUSER,** is the Chief Psychologist at Unit Two (2), Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned helplessness*", "*Irresponsibility*", "*immorality*", *and* "*arbitrariness*" into a patient's mind by mental torture and psychological warfare. She is legally responsible for evaluating a patient's competency, educating patients about Competency to stand trial, and treating the patient if indicated. She is responsible for ensuring the correctness and truthfulness of the statements made by a patient's treatment team and the staff members, a patient's medical records, clinical diagnosis, and treatment. She is subject to regulation of the ethics of American Society of Psychology or American Psychology Association (**APA**) in her clinic practice and the law for her testimony at court. <u>Mailing address</u>: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

23. Defendant **"SUSAN MCKINLAY"**, is the Forensic Monitor at Unit Two, Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). She is a member of Mr. Wang's Treatment Team (or **TT**, hereafter) and is legally responsible for ensuring the correctness and truthfulness of the statements made by a patient, the correctness and truthfulness of a patient's mental illness, and the correctness and truthfulness of treatment team's statement, of a patient's medical records, clinical diagnosis, and treatment. She is the part of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned*



*helplessness*", "*Irresponsibility*", "*immorality*", *and* "*arbitrariness*" into a patient's mind by mental torture and psychological warfare. Susan is a member of Mr. Wang's so-called treatment team. <u>Mailing address</u>: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

24. Defendant, "<u>**MISTY DELCIAMPO**</u>", is a nurse and a staff member, who at all times (or most times) mentioned in this complaint about her, was assigned to Unit Two (2) of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). She is part of Whiting's mission and a tool to actively and aggressively inculcate "*learned helplessness*", "*Irresponsibility*", "*immorality*", *and* "*arbitrariness*" into a patient's mind with lies, abuses, racism, and discrimination. She had catered to a patient Ralph Greene who is extremely violent. She is legally responsible for taking care of the patients medically and addressing their routine needs and concerns at Unit Two (2) of Whiting Forensic Institute, Connecticut Valley Hospital (CVH). Although Misty is NOT t̶o̶ a member of Mr. Wang's so-called treatment team, she is the only state employee who had divulged the fact that Whiting has been engaging in falsifying patients' medical records. <u>Mailing address</u>: Whiting Forensic Institute, 70 O'Brien Drive, Middletown, CT 06457. *Or CVH, P.O. Box 351, Silver Street, Middletown, CT 06457-7023.*

25. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law and federal law.

## IV.   FACTS

### <u>Nature of the Medical Malpractice, Wrong Diagnosis, Unnecessary Forced Medication and Illegal Interrogation</u>

26. As being stated in the legal claims of the Complaint, this Complaint is mainly about: <u>**A**</u>. Medical malpractice at Whiting regarding Mr. Wang's mental health and patient care; <u>**B**</u>. wrong diagnosis made deliberately about Mr. Wang's mental health committed by the doctors at Whiting; <u>**C**</u>. unnecessary and unethical forced medication prescribed by the doctors at Whiting based on the wrong diagnosis; <u>**D**</u>. using wrong diagnosis of Mr. Wang's mental health to cover up racism, bias, discrimination, and abuse occurred at Whiting and using forced medication to shut him up; <u>**E**</u>. illegal interrogation; <u>**F.**</u> Deliberate indifference to Mr. Wang's medical need. <u>**G.**</u> Intentional infliction of emotional distress. *<u>Without being permitted to give the details of all the abuses occurred to him at Whiting and the court, such statement may sound like "conclusory".</u>*

27. Mr. Wang does NOT have any form of schizophrenia or psychosis. However, after placing him in jail for more than five years for pending charges, New Haven Superior Court had found him "being incompetent to stand trial" on April 6, 2015. Until June 2015, Mr. Wang was still considered to have suffered from "depression" at Whiting, which had observed him for six months back to the year 2010 and 2011. However, in September 2015 in an unexpected twist, the psychiatrists and psychologists at Whiting Forensic Institute had intentionally misdiagnosed him with "schizophrenia and psychosis" with fabricated evidence. He is 50 years old now. Schizophrenia rarely occurs after 45 years old.

Pls. Go To Back ⇨ P8

28. On October 14, 2016, Mr. Wang had a meeting with the so-called "Treatment Team" (or TT). <u>Susan McKinlay</u>, the Forensic Monitor, had openly and directly told Mr. Wang that the Appeal to U.S. Supreme Court to overturn the order of forced medication would fail, and she wanted Mr. Wang to take a plea bargain as ***the only way out of (or to avoid) "forced medication"***. This is a serious violation of Mr. Wang's constitutional rights and other legal rights. <u>Plea Bargain</u> should come from the State prosecutory authority, not from Whiting, <u>Susan McKinlay</u>, or any other state employees at Whiting including psychiatrists and psychologists. <u>Plea Bargain</u> also means a defendant needs to admit being "guilty" first. Why should an innocent person take a plea bargain? To exact an admission of being guilty is NOT part of "incompetency to stand trial", nor a part of competency restoration. In addition, U.S. Supreme Court has ruled that a plea bargain is NOT valid if the defendant has NOT received proper counseling from his defense counsel regarding the details and nature of the Plea Bargain. Therefore, ***it constitutes an illegal interrogation*** for the Treatment Team to *press* Mr. Wang to take a plea bargain, especially in the absence of his counsel.

29. *<u>Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. She has proved on October 14, 2016 that the scheme of the so-called "incompetency to stand trial" and "forced medication" on Mr. Wang against his will is staged and choreographed for exacting a false admission of "being guilty" from Mr. Wang, a violation of his legal rights.</u>*

30. The candor of Susan McKinlay has also proved that there is medical malpractice and racism in medicine at Whiting, too. On October 14, 2016, <u>Susan McKinlay, a forensic monitor at Whiting</u>, had also questioned Mr. Wang's *loss of consciousness*(blackout*) and faintness* after he had been assaulted by Patient Ralph Greene on September 5, 2016 (*detail of the assault is presented at the part about Dr. Frankel and APRN Kathy Burness*). This is a serious issue because, when both Dr. Cotterell and Health Care Guardian Gail Sicilia wanted to justify the "forced medication" on Mr. Wang, they had mentioned Mr. Wang's head injury occurred in 2001 or 2002 in order to substantiate the wrong diagnosis of "unspecified schizophrenia" or "psychotic disorder", and they had emphasized that Mr. Wang had refused a head MRI recommended by the psychiatrist at Whiting in 2015. Medical error is ranked 3rd leading cause of the death in US. The denial of Mr. Wang's head trauma occurred on September 5, 2016 indicates there is medical malpractice at Whiting, and the doctors including psychiatrists and APRN at Whiting are lack of integrity. Both Susan McKinlay and Psychiatrist Dr. (Diana) Kurlyandchik had refused on October 14, 2016 to give Mr. Wang a copy of the report from a Neurologist who had seen Mr. Wang on September 29, 2016 (All dates in this Complaint subject to further verification). Dr. Kurlyandchik, who had NOT seen Mr. Wang for more than one month after the September 5, 2016 assault, had pointed out that *if* Mr. Wang had brain inflammation which could be detected by a brain MRI, the signs and symptoms of his brain injuries would be way far worse, if Mr. Wang did have received a brain MRI after he was assaulted and sustained head trauma. *Without examining Mr. Wang herself, Dr. Kurlyandchik's comment, which is NOT evidence-based, sounds like she was trying to cover up what had happened to Mr. Wang and to cover up the brutal violence committed by Ralph Greene against Mr. Wang.* Researchers from *the University of Washington* had found that even one blow to the head that results in a loss of consciousness could dramatically increase the risk for Parkinson's disease (2016). NFL has recognized the damage to a person's

brain after he has sustained a concussion. There are reports that football players collapsed and died after sustaining "mild" concussion. To medicate Mr. Wang for something he does NOT have and to be deliberately indifferent to his medical need after his sustaining head injury are two sides of the same coin of medical malpractice.

31. Mr. Wang had developed and displayed obvious and textbook signs and symptoms of head injury after he had been assaulted by a patient Ralph Green. There is no excuse for Whiting to be indifferent to his medical need. On December 3, 2016, *Hartford Courant*, a local newspaper, had published an article about treating head injuries. It says, "Last February, Dana Reichler was playing intramural soccer with his friends when he slid to the ground during a play. The goalie then kicked the ball directly into his face. The junior at UConn doesn't remember what had happened next. Diagnosed with a concussion, his fourth, he had trouble recovering." Dana Reichler described, Just that fogginess, lethargy, difficulty concentrating, even after he rested for the prescribed time, he still didn't feel like himself. He said, "At the four-month mark, I was dealing with depression." This proves that the doctors at Whiting do NOT possess adequate knowledge about concussion and are deliberately indifferent to Mr. Wang's medical needs. They have committed negligence!

32. On December 12, 2016, in another article, *Hartford Courant* reports that physicians or psychiatrists at DMHAS at CVH do NOT have to be "board certified", do NOT have to disclose the disciplinary actions taken against them, can practice after-hour in their private practices as a full-time CVH employees, and have been paid a quarter of million dollars a year at CVH with tax moneys. *This indicates that there is an issue of physicians' competence and ethics at CVH.* **Dr. Burger** (name subject to further verification), a female psychiatrist at Unit 4 of Whiting who has never seen Mr. Wang or talked to him, had allegedly told a patient James Ward that she wishes Mr. Wang "will be medicated." *Such unprofessionalism, immorality, patient abuse, and possible criminal act at Whiting know no boundary.* When a patient at Unit 4 Andrew Vermig(g)lio died on December 2, 2016, allegedly Dr. Burger had "masterminded" to lie that the patient had died "on his way to hospital when EMS arriving at Middlesex Hospital", while, allegedly the patient was, in fact, all blue and died at Unit 4.

33. On October 6, 2016, Dr. Cotterell had testified at New Haven Superior Court that the protocol for patient care and forced medication is safe for the patient, because the patient would be under 1 on 1 or 2 on 1 observation 24 hours a day 7days a week. The death of Patient Andrew Vermigglio (in his 20's, name subject to further verification) at Unit 4, Whiting Forensic Institute, CVH on December 2, 2016 proves that at Whiting there exists both potential and actual unnecessary medication, criminal negligence, foul play, deliberate indifference to a patient medical need, and/or institutional incompetency of Whiting as a medical facility. It also proves whatever Dr. Cotterell said at New Haven Superior Court on October 6, 2016 about the patient safety at Whiting are subject to further questioning, another piece of evidence to substantiate that Dr. Cotterell has credibility problem in his testimonies about Mr. Wang's mental health and behaviors in his September 10, 2015 Report. A patient named Tyler Metcalf at Unit 2 had passed out twice in about two weeks and had sustained head injuries which required 12 stitches. Both patients were under 1 on 1 or 2 on 1 observation 24 hours a day 7days a week. Facts speak louder than Dr. Cotterell's "testimonies". The incidents at Unit 4 and Unit 2 prove that Mr. Wang's Complaint is NOT "crying wolf", and what he has claimed are true that the medical malpractices and patient abuses are serious and a "death or life" matter!

⇨ P10/41

34. Dr. Cotterell had also made _**clearly**_ false statement on October 6, 2016 that "Mr. Wang had refused EKG offered by Whiting." The fact is Whiting has NEVER offered EKG to Mr. Wang since April 2015.

35. Whiting has intentionally misdiagnosed Mr. Wang's mental health. **No medicine is better than a correct diagnosis.** _NIH has published a booklet telling the public that schizophrenia rarely occurs after 45 years old. Whiting's indifference to Mr. Wang's head trauma after his being assaulted on September 5, 2016 proves Whiting is lack of integrity._

36. _On October 6, 2016, Dr. Cotterell had started talking about using more than two drugs if Mr. Wang's "competency" could not be restored._ On October 6, 2016, Dr. Cotterell had vowed like Nazis to enforce and carry out the court order with all possible means to forcibly medicate Mr. Wang against his will. _When a doctor lied to the court with a wrong diagnosis, misled the judge to hand down an order based on the lie, and then allowed himself to behave like a villain to enforce the so-called "court" order, he is NOT a doctor; he is a monster,_ because every doctor knows since Greek time that _the first and foremost code of ethics for a doctor is_ "DO NO HARM". On October 14, 2016, Mr. Wang had told the treatment team and Susan McKinlay, "Who is going to trust you (Whiting) when you do NOT have integrity!"

37. Mr. Wang has sent many letters and numerous motions to Connecticut Attorney General Office (AGO), CVH CEO, DMHAS and its Commissioner, Dr. Ward-McKinlay, New Haven Superior Court, and other institutions regarding the medical malpractice, wrong diagnosis and unnecessary forced medication occurred to him. The relevant defendants know the problems and they are legally responsible for the criminal activities occurred at Whiting. For the law professionals and medical professionals to use wrong diagnosis for unnecessary forced medication is itself an act of breaking the laws and ethics. _Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. She has proved on October 14, 2016 that the scheme of the so-called "incompetency to stand trial" and "forced medication" on Mr. Wang against his will is staged and choreographed for exacting a false admission of "being guilty" from Mr. Wang, a violation of his legal rights._ Under different circumstances, Mr. Wang had asked APRN _Gail Sicilia_, Forensic Monitor _Susan McKinlay_, and Psychologist _Lori Hauser_ to give him one example to prove that Mr. Wang is "delusional". They all could NOT give an example. **(Exhibit A:** Grievances against abusive employees; **Exhibit B:** Dr. Cotterell's _September 10, 2015 and June 2015_ reports about Mr. Wang's mental health; **Exhibit C:** Rebuttal from Mr. Wang about Dr. Cottereel's reports; **Exhibit E:** Relevant motions and letters sent to the courts and institutions about the wrong diagnosis, second opinion, abuses, bias, discrimination and unnecessary forced medication.)

### _The Difficulty Filing A Lawsuit Against Whiting of CVH_

38. The Plaintiff **Lishan Wang** has been complaining about his being bullied and discriminated against ALL the time. Hon. Judge Thomas O'Keefe at New Haven Superior Court was especially unhappy whenever Mr. Wang said he was/is a victim. The psychiatrist(s) and psychologist(s) at Whiting Forensic Institute (or Whiting hereafter) had falsely labeled him in a Report of September 10, 2015 (or the Report, hereafter. **Exhibit B)** as suffering from "persecutory ideation" or "ideation of victimization".

P11/41    L.W    Double-sided

39. Can a "patient" at Whiting Forensic Institute (or Whiting, hereafter) sue Whiting? **First of all**, Whiting is both a maximum security jail and a mental health facility. The so-called "patients" here are actually the "convicts" and/or "un-sentenced defendants" with "mental illness". Whiting has made enormous efforts deliberately NOT to leave any paper trail regarding a patient's complaint. A patient often can NOT even prove whether or NOT he or she has ever filed a complaint, because usually there is NO answer in writing from Whiting to a grievance. (*Pursuant to **Section E.1.** of the **Commissioner's Policy Statement** on Grievance Procedures, a written decision summarizing the investigation and the action that will be taken in response to the grievance should be issued if necessary.*) **Secondly**, as certain staff members had said it eloquently, "who is going to believe a patient with mental illness?" Mental illness could serve as a double-edged sword to a patient: On the one hand the patient is "not guilty for the reason of insanity"; on the other, a patient who is unable to take responsibility can NOT be trusted at the same time. **Thirdly**, if any employee ever violates a patient's right or Whiting's policy, the knee-jerk reaction of Whiting is to cover it up. Whiting has always interpreted its policy differently to cover it up, or worse, Whiting will <u>change its policy to "legalize" the violation</u>, or the "accused" employee will explain away his or her perpetration by making the malpractice "normal" or "routine", thus forcing the patient to accept his or her lot, planting "***Learned Helplessness***" into the minds of the patients. For example, after Sandra had thrown Mr. Wang's clothes to floor on July 31, 2015, other employees had deliberately flipped the mattress of Mr. Wang's bed upside down and thrown his books and bed sheets to the floor when they were doing room search or shake down. Throwing a patient's stuff to the floor is against Whiting's policy, as per the director of Whiting Dr. <u>THOMAS WARD-MCKINLAY</u>. **Fourthly**, the abusive employees or the perpetrators are mostly likely low-life or of low-nature, and will simply deny the abuse ever happened. Out of the "same Bunker" mentality, the employees will vouch for each other and cover up each other's wrongdoings. **Fifthly**, When Mr. Wang, the Plaintiff, talked on January 25[th], 2016 to one of the defendants, Mr. **FRANK VALDEZ (**or Mr. Valdez, or Frank, hereafter**)**, the Director of Unit Two (2) of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH), Mr. Valdez said, "I do NOT see any of your rights has been violated". On February 5th, 2016, Mr. Valdez called Mr. Wang into the conference room and said at the presence of another employee, Ms. "Megan", "I'm NOT Sandra's supervisor." "<u>SANDRA</u>" (all names subject to further verification), is a staff member, who at all times (*or most times*) mentioned in this complaint about her, was assigned to Unit Two (2) of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH), and she is one of the Defendants. Since June or July 2015, Mr. Wang had been complaining to Mr. Valdez about Sandra's misconducts and abuses against Mr. Wang. Mr. Valdez had accepted the complaints and always defended Sandra with *lies and nonchalance*. And Frank had NEVER disclosed that he was NOT Sandra's supervisor before February 2016. After February 2016 Frank has continued to accept complaints about staff members and kitchen workers without pointing out that he is NOT their supervisor. <u>Being in denial and telling lies</u> is one of the major defense mechanisms employed by those *abusive* and *low-natured* employees. **Sixthly**, Whiting could discourage any patient's lawsuit by tampering U.S. mails. **Seventhly**, Whiting could give the patient hard time as retaliation or Whiting could use forced medication to shut the patient's mouth up. A sleeping or sedated patient could NOT defend his civil rights. **Eightthly**, In Dr. Cotterell's Report about Mr. Wang's mental health, he and his co-authors had used the lies from the abusive employees

against Mr. Wang as "evidence" to misdiagnose Mr. Wang's mental health and to defame, demonize, and denigrate him with terms such as "persecutory ideation" or "ideation of victimization", etc.

40. What damage or injury has a victim sustained? Serious emotional distress? Psychological trauma? Illegal interrogation? Wrongful diagnosis? Fabricated medical records? Social stigma (*including the stigma added to Mr. Wang's children and carried by them in their lifetime*)? Forced medication against a patient's will? False accusations? Mental anguish? (*Famous sport reporter Erin Andrew and wrestling reality show star "Hogan" had recently won their civil lawsuits with big money for their mental anguish caused by their perpetrators respectively.*) Whiting is a medical facility for mentally ill patients. Any emotional torture is a trauma. Any abuse is an aggravating factor. Any psychological warfare is a violation of law, humanity, and morality.

41. Without presenting the pervasive abuses and misconducts committed by Whiting staff, it is hard to prove that medical malpractice at Whiting has been used for covering up the misconducts committed by the state employees and punishing certain patients for non-medical reasons, proving that the abuses, discrimination, mental torture, and psychological warfare at Whiting are real. There were situations when Whiting had committed **reckless endangerment** to the Plaintiff. **A)** For example, On July 31, 2015 when a patient Gary Harding had just punched a patient *Mr. Joseph White* in the face before lunch time, Whiting had moved Mr. Harding from a single room into the plaintiff's dormitory after the lunch. During Harding's moving in, Defendant Sandra had tossed Plaintiff's clothes to the floor *for no reason*. Sandra had subsequently lied to Mr. Valdez and denied her wrongdoings (tossing Mr. Wang's clothes to the floor). And Defendants "Wanda" and Valdez kept reminding Plaintiff that "(the person who threw your clothes to the floor) it could be the new patient who had just moved into your room." The most unnerving, repugnant, and abhorrent is: Gary Harding is a violent person who had punched another patient "BARRAGAN JAVIER" at Unit Three (3) for **no** reason before being moved to Unit Two (2) in 2015. And Unit Two (2) staff had put him in Mr. Wang's dormitory immediately after he had punched Patient Joseph White. Mr. Wang had brought up his concern about his physical safety to the Unit Director Frank after Patient Gary Harding had moved into Mr. Wang's dorm. Frank said, "We can do nothing for you just because a patient is violent and can assault you." After staff member Sandra had thrown Mr. Wang's clothes to the floor for no reason, Unit Two staff had tried to make Mr. Wang blame Patient Gary Harding. Fortunately, Mr. Wang was "wise" enough NOT to confront Mr. Harding without evidence. On January 25, 2016, Mr. Valdez had continued to defend Sandra and claimed that "there is no patient who had witnessed that Sandra did it." **B)** On April 4, 2016, Patient Vishal Bhatt, with pre-arrangement with Patient Quintin Turner, had twice attempted to physically attack Mr. Wang on Monday night, April 4, 2016 between 7:50 PM-9:00 PM. Nurse Jane and other staff members had witnessed Patient Bhatt's threatening words and violent actions against Mr. Wang and Jane had reported that to Unit Two Director Frank next day. However, Frank had ignored that Patient Bhatt even called Jane "bitch", had catered to Patient Bhatt's will to move Mr. Wang out the dorm, and Frank had dismissed Patient Bhatt's vicious violence simply as "can NOT get along with Mr. Wang". Based on the information from other staff members, Patient Bhatt has been trying to avoid going back to jail and manipulated his stay at Whiting by deliberately creating dramas to prolong his stay at Whiting. **C)** On April 12, 2016, a new patient Michael DuFour. had just been admitted to Unit Two. Hours later when he was sitting next to Mr. Wang at TV room, he suddenly threw a piece of paper at

Mr. Wang for no reason in front of the staff Bhula, who was watching him. Bhula said to Mr. Wang, "He will hit you. I know him. He was here before." When Mr. Wang brought up the violent behavior of this new patient to staff members Jim (younger one) and another Jim (the older one), they both said: "We can do nothing until he hits you." Mr. DuFour had started to "assault" both staff members and patients from April 13, 2016, and had culminated on April 19, 2016 at choking a patient LeRoy. **D)** On September 3, 2015 (Thursday), Staff "**JOY**" had given Mr. Wang a _used razor_ for shave at about 7:30 AM. The used razor was full of hairs on the blade. Obviously, someone had already used it and then put it back to the bag. Only an employee could have used the new razor and then put it back to the bag for the patients to use. This is really unacceptable. **E)** Could it be possible that Whiting had also been recycling toothbrushes? **F)** Back to 2010, all patients at Unit 2 had shared one same tube of toothpaste. It is a malpractice for a hospital to neglect the potential risk of nosocomial infection. **G)** In Mr. Wang's civil case [**Case No. 3:13-cv-296(AVC)**] against the Connecticut State Department of Corrections (or DOC, hereafter), Mr. Wang had mentioned that back to 2010 Whiting had given patient orange juice with high concentration of potassium, which had reached poisonous level. **H)** From the summer 2015 to present, Unit 2 has stopped providing paper towel in the patient bathroom. The patients have either stopped washing their hands after using the toilet, or have to find paper towels from other places to dry their hands. And certain staff members have scolded and punished Mr. Wang for saving paper towels in his closet inside the dorm. **I)** To allow abusive employees to abuse Mr. Wang repeatedly constitutes negligence and reckless endangerment, too. **J)** Abusing patients by proxy: certain abusive employees at Whiting cater to the dominant or violent patients against other non-dominant or non-violent patients. The abusive employees would give favoritism to certain patients when those patients had been violent against the patients whom the employees did NOT like. "Fat Will" ("William Fernandez") had let Patient Vishal Bhatt shave one morning on or about May 9, 2016 when Patient Bhatt had NOT signed up for shave the night before. Bhatt had tried to physically attacked Mr. Wang (Plaintiff) twice in early April 2016. (Remember, staffer Sandra had refused to let Mr. Wang shave in one morning 2015 when Mr. Wang had actually signed up for shave the night before.) Defendant SARYN (younger, skinny one) had treated Patient Bhatt with hospitality many times such as trying to let Bhatt go into dining room first by indicating or asking Bhatt that "You're a slow eater, right?" Any patient who had been violent to Mr. Wang, SARYN or Fat Will would be nice to them or give them better treatment. **K)** Allowing insane employees doing patient care constitutes reckless endangerment: Obviously Saryn Evans and Sandra are mentally ill in certain aspects and very abusive. **Saryn** (or Shannon in some other documents, younger, skinny one) would verbally attack patients if patients reported anything to her. When Mr. Wang reported to her that there was whole rolls of toilet tissues on the floor which had been wet by the waste, "**Saryn**" (or Shannon in previous documents to Whiting) had immediately accused Mr. Wang of wasting more tissues by "saving" tissues in his closet. When Mr. Wang asked for a "pass" to a Computer Group, SARYN refused. Later, SARYN would demand Mr. Wang to give her all the passes in Mr. Wang's hand for check. Saryn Evans was suspecting that Mr. Wang had taken other patients' passes or "vandalizing the passes". **L)** In or about April 2016 Medic had carelessly splashed a few drops of a patient's blood on Mr. Wang's bed sheets. **M)** Deliberately placing Patient Harold Sweet in the same room again with Mr. Wang is a "reckless endangerment". **N)** Placing a patient (William) who has passed gas every two to three minutes in the same

room with Mr. Wang and neglecting Mr. Wang and other roommates' complaints constitutes a "reckless endangerment" to Mr. Wang's health. Nurse Jane had told a few other staff members including Wanda on the night of July 20, 2016 that the odor and smell from Patient William "is real" and "unbearable". **O)** Contrary to *defamations* which had been said about Mr. Wang by Dr. Cotterell, Judge O'Keefe, other psychiatrists and psychologists from Yale University and Whiting, Mr. Wang is in fact compassionate, peaceful, friendly, law-abiding, hard-working, caring, respectful, and courageous. At Whiting, when he found in the Courtyard *a pair of eyeglasses with metal frame*, he and another patient had surrendered it to police officer Tracy Henderson immediately. The eyeglasses must have been from certain state employees and could be used as a 'weapon' to injure a person based on Whiting's Protocol for Safety. *Certain state employees had posed more harm to people in Whiting than the patients.* When Mr. Wang had found *a bottle of bleach unattended in the bathroom at Unit Two*, he had reported it to the nurse Heather immediately. The bleach could be used by certain "insane" patients to harm people such as to burn their skin or eyes. It is a Reckless Endangerment from the negligent employee. When patient Nick Benner said he wanted to "do something stupid" (attack) Sandra because Sandra had provoked him, Mr. Wang had advised Nick to talk to Mr. Will Brady, the Client Rights Officer. **P)** Staff member **SARYN** had once attempted to unlawfully restrain Mr. Wang at the Dining Room because Mr. Wang had refused to clean the Yogurt of the size of a penny on the floor. **Q)** Certain staff members like **Sandra** and **SARYN** are abusive, violent, and/or aggressive and have been provoking Mr. Wang repeatedly and unnecessarily. It is possible that they are the tools ("hitman" or "henchman", hounds) used by Whiting to goad Mr. Wang into losing his temper therefore Whiting could accuse Mr. Wang of "being violent, dangerous, and angry" in order to justify the medical malpractice in ordering forced medication on Mr. Wang. Nurse Heather and the psychiatrist (Dr. Kurlyandchik) had asked Mr. Wang about those incidents and then immediately asked him: "Do you feel you want to hurt somebody?" *Trying to make a "sane" person insane is cruel, barbaric, brutal, and anti-humanity!* **R)** On September 5, 2016, Patient Ralph Greene or Green had assaulted Mr. Wang and caused head trauma, concussion, antegrade amnesia and dysarthria. Ralph Green had displayed violent behaviors toward both patients and members since day one he came. On September 5, 2016, he had threatened Patient Nicholas Benner before curfew times. No action was taken to restrain him. After curfew time, he turned on the bright light of the dorm where Mr. Wang was sleeping. He should have been restrained from harassing other patients after curfew time. When Mr. Wang told him that he should NOT turned the light on because he was a father of four kids, he got mad instantly and **in front of three staff members** he punched Mr. Wang in the face causing Mr. Wang "blacked-out". *This proves that Whiting's so-called policy of NOT stopping a patient's violent behavior before the patient had punched or injured the victim is an institutional problem of deliberate negligence and reckless endangerment.* And APRN Kathy Burness's declaring that Mr. Wang had no injury after being assaulted is a typical cover-up by Whiting. Not even checking Mr. Wang's vital signs is an act of undeniable medical malpractice and indifference to Mr. Wang's medical need. **S)** Sandra had deliberately and repeatedly denied Mr. Wang's chances to get haircut and once using the police to unlawfully restrained Mr. Wang for more than one hour when Mr. Wang protested on August 25, 2016. The abuses and discrimination from Sandra has made certain "mentally imbalanced" patient

to perceive Mr. Wang as an "easy target" and had contributed to patient Ralph Greene's September 5, 2016 assault on Mr. Wang, because Greene had witnessed Sandra's abusing Mr. Wang more than once.

42. <u>Whiting is hypocritical.</u> There are slogans hung in the hallway of Unit 2 in Whiting: *EIGHT PILLARS FOR A RECOVERY COMMUNITY*- 1) Caring and Helpfulness; 2) Greeting and Respect; 3) Optimism and Hopefulness; 4) Acceptance and Integrity; 5) Helpful Distractions; 6) Options and Problem Solving; 7) Information; 8) Privacy. The fact is that a few abusive employees at Whiting have proved that everything they practiced here is opposite to the "Eight Pillars". Nurse Heather, also one of the Defendants, once said to the Plaintiff: "That (the Eight Pillars) is for the visitors and those higher up to see. We do NOT really mean it!" There is another set of slogans inside a TV room, which has been used as a "classroom" for patients to receive lectures: *I AM A MEMBER OF THE CVH RECOVERY COMMUNITY*- 1) I know that people can and do recovery; 2) I know that taking time to listen can make a difference in someone's life; 3) I encourage people to explore choices and options; 4) I will take the extra step to help someone; 5) I treat people as equals with dignity, compassion, and respect; 6) I help myself when I help someone else. The so-called "Connecticut Legal Rights Project" is actually serving as an ear spying for CVH to monitor the situation of the patients, not to fight justice for the patients.

43. Ironically, Whiting, its abusive employees, and <u>*The Report (*</u>dated September 10, 2015 about Mr. Wang <u>authored by Dr. Cotterell and Dr. Hauser; Exhibit B</u>) do prove that **Whiting Forensic Institute has lived up to its saga or reputation of catering to the violent or dominant patients, or even rapists. (**<u>Examples</u> in detail will be given if being asked. **For example,** a patient is a fast eater. He claimed to be a "slow eater". Staff member Wanda gave him privilege to go into the dining room in front of the line, causing a few other patients to cut in line all the time. It was a mess until Carole, Misty, and a few other male staff members started to enforce the rule. A patient serving time for the charges of sexual assaults has been enjoying good time at Whiting because Whiting has provided him with high protein diet and chances to seduce or molester the female patients and watching movies with female patients like lovebirds. When some female patients complained their breasts being "fondled" and "touched" by the patient, they were punished by Whiting, such as being banned from going to the courtyard, gym, or activity center. On January 8, 2016 Patient William Gaviria had touched and read Mr. Wang's book, notebook, and/or folder without permission. He did NOT stop when Mr. Wang questioned him why he touched Mr. Wang's "stuff". Mr. Wang asked him why he still read the book. William Gaviria had jumped toward Mr. Wang aggressively and suddenly. Mr. Wang got startled and wanted the staff member "Bingo Jeff", the Bingo group organizer, to intervene. "Bingo Jeff" told other staff members "there is nothing" when they walked into the room to ask what had happened. Patient "Henry" had seen the whole scenario and had immediately spread the words that "Mr. Wang was a coward and got scared when William screamed at him". Later certain Unit 2 staff members had accused Mr. Wang of being "loud", "agitated", or "not labeling his book", etc. At Mr. Wang's treatment team meeting (January 12, 2016) Unit 2 Director Frank had even tried to justify Willaim Gaviria's behavior by telling Mr. Wang that William was doing cleaning and that was why he touched Mr. Wang's "stuff". Mr. Wang was upset by the lies from the treatment team. And the team had accused Mr. Wang of "talking at the top of your lungs", etc. A female patient Taina Rosa Morales at Unit 1 had been physically attacking both male and female patients with violence. Whiting had rewarded her with moving her to a less restrictive facility of "Dutcher". <u>Misty</u> gave a patient, Ralph Green, two bananas

as a special treatment at 9:00 PM. Green was very unstable and had thrown food trays at kitchen worker and in dining room. *The catering to Mr. Greene had emboldened him to attack Mr. Wang on September 5, 2016. And the deliberate indifference to Mr. Wang's injury had made Greene proud in front of other patients and enabling him to threaten other patients with violence.* <u>Fat Will</u> had made apology to a black patient because the patient was NOT happy that Fat Will had called him "Young Man" in a morning. <u>Sandra</u> had let patient Carlos Robles touch her frequently, cultivating Carlos' creepy behavior of touching other people inappropriately. A recent patient, Gregory Overton, is very unstable and rude. The staff had let him eat in the Dining Room wearing sandals.)

## Defendant **MIRIAM DELPHIN-RITTMON**

44. Defendant, **MIRIAM DELPHIN-RITTMON**, is the Commissioner of the State of Connecticut Department of Mental Health & Addiction Services (MHAS, or DMHAS). He is legally responsible for the overall operation of the MHAS and Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "***learned helplessness***" into a patient's mind. <u>*Mr. Wang had sent Grievances to the Commissioner. Therefore, the Commissioner knew the misconducts of the state employees at Whiting and he is responsible for the continuing abuses and the cover-ups of the abuses at Whiting.*</u>

45. Mr. Wang has sent many letters and numerous motions to Connecticut Attorney General Office (AGO), CVH CEO, DMHAS and its Commissioner, Dr. Ward-McKinlay, New Haven Superior Court, and other institutions regarding the medical malpractice, wrong diagnosis and unnecessary forced medication occurred to him. The relevant defendants know the problems and they are legally responsible for the criminal activities occurred at Whiting. For the law professionals and medical professionals to use wrong diagnosis for unnecessary forced medication is itself an act of breaking the laws and ethics. <u>*Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. She has proved on October 14, 2016 that the scheme of the so-called "incompetency to stand trial" and "forced medication" on Mr. Wang against his will is staged and choreographed for exacting a false admission of "being guilty" from Mr. Wang, a violation of his legal rights.*</u> Under different circumstances, Mr. Wang had asked APRN *Gail Sicilia*, Forensic Monitor *Susan McKinlay*, and Psychologist *Lori Hauser* to give him one example to prove that Mr. Wang is "delusional". They all could NOT give an example. (**Exhibit A:** Grievances against abusive employees; **Exhibit B:** Dr. Cotterell's <u>*September 10, 2015 and June 2015*</u> reports about Mr. Wang's mental health; **Exhibit C:** Rebuttal from Mr. Wang about Dr. Cottereel's reports; **Exhibit E:** Relevant motions and letters sent to the courts and institutions about the wrong diagnosis, second opinion, abuses, bias, discrimination and unnecessary forced medication.)

## Defendant **HELENE VARTELAS**

46. Defendant, **HELENE VARTELAS**, is the Chief Executive Officer (CEO) of Connecticut Valley Hospital (CVH). She (Helene is a SHE!) is legally responsible for the overall operation of CVH and Whiting Forensic Institute at

Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "**_learned helplessness_**" into a patient's mind. Mr. Wang had sent Grievance to CEO Helene Vartelas at CVH. Therefore, the CEO knew the misconducts of the state employees at Whiting and he or **she** is responsible for the continuing abuses and the cover-ups of the abuses at Whiting.

47. On May 25, 2016, Ms. **Helene Vartelas** had sent out an e-mail to CVH employees about "CVH Day of Compassion". The weird thing is: CVH and its employees have always been preaching "compassion" while a few of the abusive employees have been abusing Mr. Wang with "initiative and _passion_", and do NOT want to do their job, which is paid by taxpayers' money. Refusing to give Mr. Wang razor, to deliver his newspaper to him, to open the laundry room, to change TV channel, throwing Mr. Wang's clothes to the floor, and wrongfully accusing him of doing something are NOT "compassionate"!

48. Why is it so important for Whiting to spend so much time and energy to deny and lie about the misconducts committed by those abusive employees, and at the end dismiss those abuses as "trivial"? **The fact that those abusive employees have continued their abuses and arbitrariness in abusing Mr. Wang proves that Whiting and its employees have become each other's hostages and become symbiotic.** U.S. Olympic Gold medalist Ryan Lochte had lied about a "trivial". He had to make apology to the whole world after the truth came out. Why can those "tiny" fiends get away at Whiting again and again?

49. Mr. Wang has sent many letters and numerous motions to Connecticut Attorney General Office (AGO), CVH CEO, DMHAS and its Commissioner, Dr. Ward-McKinlay, New Haven Superior Court, and other institutions regarding the medical malpractice by Dr. Frankel and APRN Kathy Burness, indifference to Mr. Wang's medical need, wrong diagnosis by Dr. Cotterell and Dr. Lori Hauser, and unnecessary forced medication occurred to him. The relevant defendants know the problems and they are legally responsible for the criminal activities occurred at Whiting. For the law professionals and medical professionals to use wrong diagnosis for unnecessary forced medication is itself an act of breaking the laws and ethics. _Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. She has proved on October 14, 2016 that the scheme of the so-called "incompetency to stand trial" and "forced medication" on Mr. Wang against his will is staged and choreographed for exacting a false admission of "being guilty" from Mr. Wang, a violation of his legal rights._ Under different circumstances, Mr. Wang had asked APRN _Gail Sicilia_, Forensic Monitor _Susan McKinlay_, and Psychologist _Lori Hauser_ to give him one example to prove that Mr. Wang is "delusional". They all could NOT give an example. (**Exhibit A**: Grievances against abusive employees; **Exhibit B**: Dr. Cotterell's _September 10, 2015 and June 2015_ reports about Mr. Wang's mental health; **Exhibit C**: Rebuttal from Mr. Wang about Dr. Cottereel's reports; **Exhibit E**: Relevant motions and letters sent to the courts and institutions about the wrong diagnosis, second opinion, abuses, bias, discrimination and unnecessary forced medication.)

## Defendant **THOMAS WARD-MCKINLAY**

50. Defendant, **THOMAS WARD-MCKINLAY**, is the Director of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). He is legally responsible for the grievance and complaints submitted to him, and overall

operation of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned helplessness*" into a patient's mind. Mr. Wang had sent Grievances to Dr. **THOMAS WARD-MCKINLAY** at CVH. Therefore, **THOMAS WARD-MCKINLAY** knew the misconducts of the state employees at Whiting and he is responsible for the continuing abuses and the cover-ups of the abuses at Whiting.

51. Mr. Wang has sent many letters and numerous motions to Connecticut Attorney General Office (AGO), CVH CEO, DMHAS and its Commissioner, Dr. Ward-McKinlay, New Haven Superior Court, and other institutions regarding the medical malpractice by Dr. Frankel and APRN Kathy Burness, indifference to Mr. Wang's medical need, wrong diagnosis by Dr. Cotterell and Dr. Lori Hauser, and unnecessary forced medication occurred to him. The relevant defendants know the problems and they are legally responsible for the criminal activities occurred at Whiting. For the law professionals and medical professionals to use wrong diagnosis for unnecessary forced medication is itself an act of breaking the laws and ethics. *Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. She has proved on October 14, 2016 that the scheme of the so-called "incompetency to stand trial" and "forced medication" on Mr. Wang against his will is staged and choreographed for exacting a false admission of "being guilty" from Mr. Wang, a violation of his legal rights.* Under different circumstances, Mr. Wang had asked APRN *Gail Sicilia*, Forensic Monitor *Susan McKinlay*, and Psychologist *Lori Hauser* to give him one example to prove that Mr. Wang is "delusional". They all could NOT give an example. (**Exhibit A:** Grievances against abusive employees; **Exhibit B:** Dr. Cotterell's *September 10, 2015 and June 2015* reports about Mr. Wang's mental health; **Exhibit C:** Rebuttal from Mr. Wang about Dr. Cottereel's reports; **Exhibit E:** Relevant motions and letters sent to the courts and institutions about the wrong diagnosis, second opinion, abuses, bias, discrimination and unnecessary forced medication.)

## DEFENDANT FRANK VALDEZ

52. Defendant, **FRANK VALDEZ**, is the Director of Unit Two (2) of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). He is legally responsible for the grievance and complaints submitted to him, and overall operation of Unit Two (2) of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned helplessness*" into a patient's mind. Mr. Wang had sent Grievances to **FRANK VALDEZ** at CVH. Therefore, **FRANK VALDEZ** knew the misconducts of the state employees at Whiting and he is responsible for the continuing abuses and the cover-ups of the abuses at Whiting.

53. In or about October 2015, when Mr. Wang complained to Frank about staff member Joy who had refused to issue a pass for Mr. Wang to go to a computer group, Frank wanted Mr. Wang to give Frank the original copies of the "old passes" which would prove that Whiting did issue passes to Mr. Wang before for him to go to two different groups to be held at the same time. Mr. Wang told Frank that Frank could make a photocopy of the passes, but Mr. Wang wanted to keep the original ones because Mr. Wang wanted to show the original ones to the CVH CEO Office. Mr. Frank Valdez was mad and raged and gave Mr. Wang a cold, freezing look and told Mr. Wang that "That is why we (Frank and other members in Mr. Wang's so-called "treatment team") think that you (Mr. Wang) need to be medicated!" Mr. Wang had described his scare and panic in other parts of this

Complaint after hearing Frank's comment. It is difficult to deal with Unit 2 staff when as a director Mr. Valdez has made Mr. Wang scared. Frank's word proves that the forced medication is NOT for therapy, but for "punishing" Mr. Wang because he complained!"

## Defendant **Michael A. Norka**

54. Defendant, **Michael A. Norka, M.D.,** is the Director of Forensic Services at MHAS with an obvious mission to inculcate "*learned helplessness*" into a patient's mind. He is the reviewer of the September 10, 2015 report about Mr. Lishan Wang (plaintiff)'s mental health. He is legally responsible for the correctness and ethics for the physicians' at Whiting evaluating a patient's competency and treating the patient if indicated. He is responsible for ensuring the correctness and truthfulness of the statements made by the physicians at Whiting, a patient's treatment team and the staff members, of a patient's medical records, clinical diagnosis, and the treatment plan. He is subject to regulation of the medical ethics in his clinical practice and the law in his official capacity and for his testimony at court.

55. **Dr Michael A. Norka** is responsible for **Dr. Cotterell's Report** (dated September 10, 2015 which had been heard on September 14, 2015, or *the Report*). In the defendant's opinion, the Report is full of untruthful statements, character assassinations, half-truths, and hearsays. The defendant respectfully requests that the court allow him to cross-examine Dr. Cotterell, and Dr. Hauser, and to call witnesses from Whiting.

## Defendant **"SUSAN MCKINLAY"**

56. Defendant **"SUSAN MCKINLAY"**, is the Forensic Monitor at Unit Two, Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH). She is a member of Mr. Wang's Treatment Team (or **TT**, hereafter) and is legally responsible for ensuring the correctness and truthfulness of the statements made by a patient, the correctness and truthfulness of a patient's mental illness, and the correctness and truthfulness of treatment team's statement, of a patient's medical records, clinical diagnosis, and treatment. She is the part of Whiting Forensic Institute at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "*learned helplessness*" into a patient's mind by mental torture and psychological warfare. (Details will be submitted later!) If Susan is Dr. Ward-McKinlay's wife, there is a big problem in assessing Mr. Wang's mental health. Susan, a member of Mr. Wang's treatment team, had played many roles with many faces to interrogate Mr. Wang at the meetings. Her face and mood is like tropical weather: it could change from sunny to cloudy to thunderstorm in a split of second. She is a virtuoso of "mental torture", "psychic interrogation", and "psychological warfare". It is a violation of a patient's Constitutional rights and other legal rights to subject a patient to this kind of "meeting with the treatment team" without the presence of a defense lawyer. The treatment team often tried to label a patient's with certain mental illness with a statement from a patient, neglecting the context or disregarding whether that statement was part of a joke or a meaningless sentence of casual conversation or discussion. (More details will be submitted later!)

57. October 14, 2016, I or Mr. Wang had a meeting with the so-called "Treatment Team" (or TT). Susan McKinlay, the Forensic Monitor, had openly and directly told me that the Appeal to U.S. Supreme Court to overturn the

order of forced medication would fail, and she wanted Mr. Wang to take a plea bargain as ***the only way out of (or to avoid) "forced medication"***. This is a serious violation of my constitutional rights and other legal rights. Plea Bargain should come from the State prosecutory authority, not from Whiting, Susan McKinlay, or any other state employees at Whiting including psychiatrists and psychologists. Plea Bargain also means a defendant needs to admit being "guilty" first. Why should an innocent person take a plea bargain? To exact an admission of being guilty is NOT part of "incompetency to stand trial", nor a part of competency restoration. In addition, U.S. Supreme Court has ruled that a plea bargain is NOT valid if the defendant has NOT received proper counseling from his defense counsel regarding the details and nature of the Plea Bargain. Therefore, *it constitutes an illegal interrogation* for the Treatment Team to *press* Mr. Wang to take a plea bargain, especially in the absence of his counsel.

58. The candor of Susan McKinlay has also proved that there is medical malpractice and racism in medicine at Whiting, too. On October 14, 2016, Susan McKinlay, a forensic monitor at Whiting, had also questioned Mr. Wang's *loss of consciousness and faintness* after he had been assaulted by Patient Ralph Greene on September 5, 2016. This is a serious issue because, when both Dr. Cotterell and Health Care Guardian Gail Sicilia wanted to justify the "forced medication" on Mr. Wang, they had mentioned Mr. Wang's head injury occurred in 2001 or 2002 in order to substantiate the wrong diagnosis of "unspecified schizophrenia" or "psychotic disorder", and they had emphasized that Mr. Wang had refused a head MRI recommended by the psychiatrist at Whiting in 2015. Medical error is ranked 3rd leading cause of the death in US. The denial of Mr. Wang's head trauma occurred on September 5, 2016 indicates there is medical malpractice at Whiting, and the doctors including psychiatrists and APRN at Whiting are lack of integrity. Both Susan McKinlay and Psychiatrist Dr. (Diana) Kurlyandchik had refused to give Mr. Wang a copy of the report from a Neurologist who had seen Mr. Wang on September 29, 2016. Dr. Kurlyandchik, who had NOT seen Mr. Wang for more than one month after the September 5, 2016 assault, had pointed out that if Mr. Wang had brain inflammation which could be detected by a brain MRI, the signs and symptoms of his brain injuries would be way far worse, if Mr. Wang did have received a brain MRI after he was assaulted and sustained head trauma. *Without examining Mr. Wang herself, Dr. Kurlyandchik's comment, which is NOT evidence-based, sounds like she was trying to cover up what had happened to Mr. Wang and to cover up the brutal violence committed by Ralph Greene against Mr. Wang*. Researchers from *the University of Washington* had found that even one blow to the head that results in a loss of consciousness could dramatically increase the risk for Parkinson's disease (2016). NFL has recognized the damage to a person's brain after he has sustained a concussion. There are reports that football players collapsed and died after sustaining "mild" concussion.

59. Mr. Wang has sent many letters and numerous motions to Connecticut Attorney General Office (AGO), CVH CEO, DMHAS and its Commissioner, Dr. Ward-McKinlay, New Haven Superior Court, and other institutions regarding the medical malpractice by Dr. Frankel and APRN Kathy Burness, indifference to Mr. Wang's medical need, wrong diagnosis by Dr. Cotterell and Dr. Lori Hauser, and unnecessary forced medication occurred to him. The relevant defendants know the problems and they are legally responsible for the criminal activities occurred at Whiting. For the law professionals and medical professionals to use wrong diagnosis for unnecessary forced medication is itself an act of breaking the laws and ethics. *Forensic Monitor Susan*

*McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. She has proved on October 14, 2016 that the scheme of the so-called "incompetency to stand trial" and "forced medication" on Mr. Wang against his will is staged and choreographed for exacting a false admission of "being guilty" from Mr. Wang, a violation of his legal rights.* Under different circumstances, Mr. Wang had asked APRN *Gail Sicilia*, Forensic Monitor *Susan McKinlay*, and Psychologist *Lori Hauser* to give him one example to prove that Mr. Wang is "delusional". They all could NOT give an example. (**Exhibit A**: Grievances against abusive employees; **Exhibit B**: Dr. Cotterell's *September 10, 2015 and June 2015* reports about Mr. Wang's mental health; **Exhibit C**: Rebuttal from Mr. Wang about Dr. Cottereel's reports; **Exhibit E**: Relevant motions and letters sent to the courts and institutions about the wrong diagnosis, second opinion, abuses, bias, discrimination and unnecessary forced medication.)

## Defendant "**MISTY DELCIAMPO**"

60. Defendant, "**MISTY DELCIAMPO**", is a nurse and a staff member, who at all times (or most times) mentioned in this complaint about her, was assigned to Unit Two (2) of Whiting Forensic Institute (Whiting) at Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "***learned helplessness***" into a patient's mind. She is legally responsible for taking care of the patients medically and addressing their routine needs and concerns at Unit Two (2) of Whiting Forensic Institute, Connecticut Valley Hospital (CVH).

61. *Although Misty is NOT a member of Mr. Wang's so-called treatment team, she is the only state employee who had ever divulged the fact that Whiting has been engaging in falsifying patients' medical record. This has made her relevant in Mr. Wang's complaint about the medical malpractice at Whiting and the wrong diagnosis of his mental health made by Whiting.* On or about August 29, 2016 (date subjects to further verification) **DELCIAMPO** had gone as far as to let a patient she likes, Ralph Greene, to read his medical record (a violation of Whiting's own policy) to show him that a nurse Heather Madison had written on the chart "something untruthful" (allegedly Heather said Ralph Green had refused to take medicine at 2:00PM) against him. It is NOT a small issue for a state employee (**MISTY DELCIAMPO**) to incite a patient (Ralph Greene) to get mad at another state employee (Heather Madison). Ralph Green had become raged and violent toward Heather and called her "fat bitch" and verbally insulted her in public. He (Ralph Greene)) did NOT receive any punishment for his menacing behaviors. This proves that medical malpractice at Whiting has always entangled or embedded in racism, discrimination, abuse, and unethical behaviors.

62. Two obvious traits of Misty in her dealing with Mr. Wang are: 1) Whenever Mr. Wang had made a request to her, she would ask Mr. Wang to take care of himself, such as getting lotion from the Bubble, or ask Mr. Wang to get help from other staff members. She is a couch potato and too heavy to get up to help Mr. Wang. The problem is: Patients are NOT allowed to step one foot into the Bubble. Although there is no problem for Mr. Wang to "help" himself with the lotion by stepping one foot inside the Bubble in order to get the lotion or to pass the pen to a staff member who is sitting at the table "far" from the door, other staff members such as Miguel or Kelly would scold Mr. Wang and order Mr. Wang to step back first whenever Mr. Wang is returning a pen. Miguel or other abusive staff members have been using every possible chance to abuse Mr. Wang with

every possible excuse, and for a patient stepping one foot inside the Bubble is "a violation of the Unit Two policy". 2) Misty had accused Mr. Wang of using inappropriate language when Mr. Wang complimented her by saying "Misty, you look great!" However, Misty was happy when a patient John Bilawski had said her pink underwear was beautiful.

63. Another issue is Misty would justify and vouch the violation of the Whiting policy by other staff members. When Sandra did NOT want to give Mr. Wang a chance to finish his meal, Misty would said that the 30 minutes for a patient to eat his meal starts at the time the door of the dining room open, not at the time the "patient" walks into the dining room.

64. Misty had "catered" to patient Ralph Greene by treating him specially (such giving him bananas at night, changing TV channel to Greene's favorite upon another patient's protest who was watching a different channel, etc.) and had contributed to Ralph Greene's persistent and audacious violent behaviors against both patients and certain staff members.

65. Obviously, Misty had treated the patients differently based on their skin colors. She is rude and abusive to Mr. Wang when she talks to Mr. Wang. She uses "F***" word and becomes angry at Mr. Wang easily. On or about December 15, 2016, in front of a male employee, Misty yelled at Mr. Wang, "I did NOT open your fucking door." She added, "You know I'm always serious with you."  As being pointed out above, **DELCIAMPO's** favoritism to patient Ralph Greene had gone as far as to let him read his medical record (a violation of Whiting's own policy).

66. Just Misty is fat herself, she did NOT allow Mr. Wang to use the word "great". She once got mad at Mr. Wang because he had mentioned her name together with Heather, telling him, "Never mention my name together with Heather." Together with other staff members and nurses, Misty had once witnessed Ralph Greene bullied Mr. Wang in the shower room. However, they all did NOT take any action to discipline Ralph Greene. Obviously, Ralph Greene is a sociopath and psychopath. He used his four kids to solicit sympathy from both patients and state employees. He had received VIP dental care, had unlimited access to both outgoing and incoming phones, and repeatedly got away from his irresponsible and violent behaviors. After Ralph Greene assaulted Mr. Wang, the police had even tried on September 13, 2016 to persuade Mr. Wang NOT to press charges against him, simply describing his assaulting Mr. Wang as "being difficult". Obviously, Misty and other Whiting employees are responsible for Ralph Green's brutal and violent behaviors.

## Drs. MARK COTTERELL, Lori Hauser, Taiye Ogundipe, and Michael Norko

67. Defendant **Dr. MARK COTTERELL,** is the Principal Psychiatrist at Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH). He is legally responsible for evaluating a patient's competency and treating the patient if indicated. He is responsible for ensuring the correctness and truthfulness of the statements made by a patient's treatment team and the staff members, a patient's medical records, clinical diagnosis, and the treatment plan. He is subject to regulation of the medical ethics in his clinical practice and the law for his testimony at court.

68. Defendant **Dr. LORI L. HAUSER,** is the Chief Psychologist at Unit Two (2), Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH). She is legally responsible for evaluating a patient's competency, educating patients about Competency to stand trial, and treating the patient if indicated. She is responsible for ensuring the correctness and truthfulness of the statements made by a patient's treatment team and the staff members, a patient's medical records, clinical diagnosis, and treatment. She is subject to regulation of the ethics of American Society of Psychology in her clinic practice and the law for her testimony at court.

69. **Drs. MARK COTTERELL and Lori Hauser** are the authors of *the Report* (**Exhibit B**) dated September 10, 2015 which had been heard on September 14, 2015 (*the Report*, hereafter), which had made many false accusations against Mr. Wang and had unethically misdiagnosed Mr. Wang with "Persecutory Ideation, Delusion, and/or Schizophrenia". They had recommended to New Haven Superior Court to order forced medication on Mr. Wang in order to treat those erroneous "illnesses". The complaints against them will be presented together here.

70. Defendant **Dr. Taiya Ogundipe,** is the Psychiatrist (left Whiting in June 2016) at Whiting Forensic Institute (Whiting) of Connecticut Valley Hospital (CVH) with an obvious mission to inculcate "***learned helplessness***" into a patient's mind by mental torture and psychological warfare. He is legally responsible for evaluating a patient's competency and treating the patient if indicated. He is responsible for ensuring the correctness and truthfulness of the statements made by a patient's treatment team and the staff members, a patient's medical records, clinical diagnosis, and the treatment plan. He is subject to regulation of the medical ethics ("DO NO HARM") in his clinical practice and the law for his testimony at court. Since August 2015 when he started at Whiting, **Dr. Taiye Ogundipe** has been provocative, aggressive and confrontational when he interviewed the Plaintiff. He is NOT a qualified psychiatrist or physician, in the Plaintiff's opinion. He had accused the Plaintiff of being evasive when he did NOT know how to collect patient's history of depression during his first meeting with the Plaintiff. Another time, Dr. Taiye Ogundipe didn't relent when the Plaintiff was unable to tell him exactly how many hours he had slept at night. Dr. Cotterell was smart enough to point out at September 14, 2015 hearing at New Haven Superior Court that Dr. Taiye Ogundipe was new and had only been "with us" for a few months (two months?). It is possible that Dr. Cotterell is trying to protect himself if later on all the lies in the Report should be exposed. Actually, Dr. Cotterell had tried to shift the blame for those untruthful statements to others or previous documentation. [NOTE: Dr. Taiye Ogundipe left in June or July 2016.]

71. On October 14, 2016, Mr. Wang had a meeting with the so-called "Treatment Team" (or TT). Susan McKinlay, the Forensic Monitor, had openly and directly told Mr. Wang that the Appeal to U.S. Supreme Court to overturn the order of forced medication would fail, and she wanted Mr. Wang to take a plea bargain as ***the only way out of (or to avoid) "forced medication"***. This is a serious violation of Mr. Wang's constitutional rights and other legal rights. Plea Bargain should come from the State prosecutory authority, not from Whiting, Susan McKinlay, or any other state employees at Whiting including psychiatrists and psychologists. Plea Bargain also means a defendant needs to admit being "guilty" first. Why should an innocent person take a plea bargain? To exact an admission of being guilty is NOT part of "incompetency to stand trial", nor a part of competency restoration. In addition, U.S. Supreme Court has ruled that a plea bargain is NOT valid if the defendant has NOT received proper counseling from his defense counsel regarding the details and nature of

the Plea Bargain. Therefore, *it constitutes an illegal interrogation* for the Treatment Team to *press* Mr. Wang to take a plea bargain, especially in the absence of his counsel. *Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty.*

72. *Summarily, The complaints against them are (Please also refer to the Report Exhibit B, the Rebuttal Exhibit C and the parts at the beginning of the FACTS for the details of the facts)*: medical malpractice, perjury at court, defamation, lack of insight in their diagnosis, negligence in patient care, etc. **A.** *Medical malpractice*: wrong diagnosis-Mr. Wang had prepared a *Rebuttal* (**Exhibit C**) to prove that the diagnoses made by Drs. Cotterell and Hauser about Mr. Wang's mental health were wrong. The Rebuttal had been sent to New Haven Superior Court. Mr. Wang is an un-sentenced defendant in his criminal case. He is innocent, and by law he is innocent until being proven guilty by the State prosecutor. However, in the Report, Drs. Cotterell and Dr. Hauser considered Mr. Wang's exercising his legal right insisting his innocence as "being delusional". The wrong diagnosis indicates that Drs. Cotterell and Dr. Hauser had violated Mr. Wang's *Sixth Amendment Right*. No matter whether or NOT Mr. Wang is/was guilty of the criminal charges against him, Mr. Wang can NOT be coerced into "admitting guilty" by the psychologists/psychiatrists. It is a violation of Mr. Wang's Fifth Amendment Right when Drs. Cotterell and Hauser labeled Mr. Wang "being incompetent to stand trial" because Mr. Wang did NOT want to talk to them about his criminal case. These doctors or Defendants had also violated Mr. Wang's right to a counsel whenever he was asked to talk about his legal case.   The Defendants had also accused Mr. Wang of "suffering from Persecutory Ideation". Drs. Cotterell and Dr. Hauser had thus violated Mr. Wang's *First Amendment Right* because ALL those "persecutions" are real! Mr. Wang had filed civil cases at U.S. District Courts in Brooklyn New York [Case No. 1:09-cv-003236-JG-SMG] and Hartford, Connecticut [Case No. 3:13-cv-00296(AVC)] in order to get justice for himself.   To recommend forced medication constitutes a violation of Mr. Wang's *Eighth Amendment Right*. In general, they had violated the Code of Physician-*DO NO HARM*! According to McGraw-Hill *NURSE'S DRUG HANDBOOK*, 7th edition, doctors or nurses need to establish tolerability with **oral olanzapine** before initiating treatment with I.M. forms (injection into muscular tissues). This indicates that it is impractical to start forced medication with **olanzapine** by injection. Dr. Cotterell had NOT pointed this out at court when he took stand to recommend forced medication against Mr. Wang's will. **B.** Dr. Cotterell had committed perjury at court when he presented to the court with testimonies full of untruthful statements, character assassinations, half-truths, and hearsays. Mr. Wang has refuted Dr. Cotterell's Report in *the REBUTTAL (Exhibit C)*. Contrary to what had been said about Mr. Wang by Dr. Cotterell, Judge O'Keefe, other psychiatrists and psychologists from Yale University and Whiting, Mr. Wang is in fact compassionate, peaceful, friendly, law-abiding, hard-working, caring, respectful, and courageous. He had advised patient Nick Benner NOT to attack Staff Member Sandra. Sandra has been repeatedly abusing Mr. Wang since he came to Whiting. In late 2016, Nick had said he wanted to "punch" Sandra because Sandra had provoked him. At Whiting, when he found in the Courtyard a pair of eyeglasses with metal frame, he and another patient had surrendered it to police officer Tracy Henderson immediately. The eyeglasses must have been from certain state employees and could be used as a "weapon" to injure a person. Certain state employees had posed more harm to people in Whiting than the patients. When Mr.

Wang had found a bottle of bleach unattended in the bathroom of Unit Two, he had reported it to the nurse Heather immediately. The bleach could be used by certain "insane" patients to harm people such as to burn their skin or eyes. When Mr. Wang was attacked by certain violent patients, he had always become defensive and avoided physical fight. More than that, Mr. Wang had courage to break up a fight between two pateints. **Dr. Cotterell** had failed to mention those facts. Instead, he has been dishonest and used lies and fabricated storied to demonize Mr. Wang in order to falsely accuse Mr. Wang of being "dangerous", thus to justify **Dr. Cotterell**'s wrong diagnosis and unethical decision for forced medication on Mr. Wang against Mr. Wang's will. At **Kingsbrook Jewish Medical Center (KJMC)** in Brooklyn, New York, Mr. Wang had been praised by the patients as a "compassionate doctor". KJMC had fired him with fabricated reasons because Mr. Wang had courage to stand up to the medical malpractices prevalent at KJMC. In one of his motions to New Haven Superior Court, Mr. Wang said, "It is a scandal, fraud, medical malpractice, corruption and miscarriage of justice that the psychiatrists and psychologists from Yale University and at Whiting Forensic Institute (or Whiting, hereafter) and Judge O'Keefe have found me 'being incompetent to stand trial' and further recommended forced medication on me against my will." He had further stated, "*The doctors had deliberately made such wrong diagnosis to demonize, discredit, disable, and criminalize me without a trial or to compromise my mental and physical integrity before trial.*" Alleging Mr. Wang's quoting Hitler's words as "inappropriate" is by itself *inappropriate*. The late U.S. Judge Boyce F. Martin Jr. had also liked to quote from "unconventional sources" including the poems or proses from the literatures. **C.** Dr. Cotterell had also committed defamation in both his Report and testimonies against Mr. Wang, including many of Dr. Cotterell's allegations that Mr. Wang "had suffered from persecutory ideation". As having been proved in this complaint, in Mr. Wang's civil cases against Kingsbrook Jewish Medical Center in Brooklyn, New York (or KJMC) and against Connecticut State Department of Correction (or DOC), Mr. Wang has always been abused, bullied, and discriminated against ALL THE TIME for no reason as a "punching bag" and "scapegoat". Drs. Cotterell and Hauser had thus spread salt on Mr. Wang's wound by falsely labeling Mr. Wang with "suffering from delusion and persecutory ideation". **D.** Dr. Cotterell's Report and testimonies against Mr. Wang also indicate that both Dr. Cotterell and Dr. Hauser lack of insights. A few patients at Whiting had said that Dr. Cotterell had "lied" in his reports about those patients' past histories, medical histories, and conversations between Dr. Cotterell and them. A patient had seizures three times in about one week. He was smelling deodorant frequently before each attack. The nurses or psychiatrists at Whiting had NOT known that. The real reason for a few patients' complaints about keeping their bedrooms dark at night is NOT that the light outside the windows could bother their sleeps; the real reason is that those patients want to masturbate and the light makes them feel uncomfortable. After they have masturbated, they could sleep as a rock, even during the broad daylight. The psychiatrists or psychologists at Unit Two had tried to use their medical terms such as "pineal gland", "melatonin" to justify why those patients would fight with violence in order to keep the window screens down at night. On June 7 & 8, 2016, Unit Two (2) staff had conducted SHAKEDOWN on Mr. Wang's personal properties twice on two consecutive days. That is out of norm. Dr. Hauser and Dr. McKinlay (including Whiting Steering Committee) had defended such abuses and retaliation as a "regular room check for security or safety reason". However, Mr. Wang had told them that the statistics proves that the shakedowns are abnormal,

because the number of the shakedowns and the destructiveness of the shakedowns are dramatically elevated since April 2016 when Mr. Wang had filed complaints against Whiting to Attorney General Office, DMHAS Commissioner, and CVH CEO. And the shakedowns are shakedown, NOT "room check", compared to what Mr. Wang had experienced before April 2016.   **E.** The unethical practices also indicate that Dr. Cotterell had committed negligence. In both his Report and testimonies against Mr. Wang, Dr. Cotterell had downplayed the side effects of the drugs and exaggerated the effects of the medicines in restoring the competency. There is no scientific evidence that the recommended medicines have direct effects on restoring a person's competency to stand trial. Dr. Cotterell needs to establish first that there is a cause-effect relationship between the so-called "schizophrenia" (which Mr. Wang does NOT have!) and the incompetency to stand trial. Then, Dr. Cotterell needs to admit that the medicines are only indicated for the mental illness, NOT the incompetency to stand trial. **F.** There are abuses and discrimination at Whiting against Mr. Wang. Dr. Cotterell had deliberately neglected or failed to mention them in both his Report and testimonies against Mr. Wang. The biases in his Report have significantly compromised the validity of the Report. **G.** Because of the fear for forced medication, Mr. Wang dared NOT to disclose his mental anguish and depression when he had been abused and discriminated against. For Mr. Wang, it is a "*No win, No escape*" situation.

73. **Dr. Cotterell's Report** (dated September 10, 2015 which had been heard on September 14, 2015, or **Exhibit B-** *the Report*), in Mr. Wang's opinion, is full of untruthful statements, character assassinations, half-truths, and hearsays (**Please refer to the Exhibit B and Exhibit C for the details**). Mr. Wang respectfully requests that the court allow him to cross-examine Dr. Cotterell, and Dr. Hauser, and to call witnesses from Whiting. For example, on Page 4 of the Report, it says "In another instance, he (Mr. Wang) became angry and loud when a staff member asked him to wait a few minutes to handle his request. He reportedly became angry, pointing his finger and clenching his other fist, and called the staff member derogatory names". That is a pure, unalloyed lie! On Page 5 of the Report, it says "despite Mr. Wang claiming that he would punch a peer in the face if the peer's provocation continued". That is "half-truth". The authors of the Report need to tell the whole story, as the so-called "peer" is Patient Joseph White, who had severe mental problem and had provoked almost all staff, nurses, doctors, and patients. Mr. White had thus been "punched" at least three times by more than three patients, and injected medicines by the doctors or nurses a few times because of his uncontrolled provocative behaviors. In that incident described in the Report, Mr. White had continued to provoke Mr. Wang, and Mr. Wang had run out of his dorm to seek help from the staff. Staff Sandra and Wanda had called Mr. White a racist! Another example about the issue with Staff Sandra in dining room is misleading and disturbing when Dr. Cotterell did NOT give further details.

74. **Dr. Cotterell**'s latest Report (September 10, 2015. **Exhibit B**) needs to be compared to the reports he had produced in 2010, 2011, and June 2015 about Mr. Wang's mental health. He had graded Mr. Wang "**AA**" (Assertive & Astute) in 2010 and 2011. In June 2015 he had reported to the Court that Mr. Wang was "non-violent" and "aloof". That made Mr. Wang at "**AAA**" (Assertive, Astute, & Aloof). On September 14, 2015, he had tried to upgrade Mr. Wang to "**AAAA**" (Assertive, Astute, Aloof, and Being an Asshole). Being an asshole does NOT make a person schizophrenic. One of the co-authors of the Report, Dr. Hauser, had told the group

clearly at the Competency Class that there is NO medication for an asshole. Besides, Mr. Wang, as a defendant who is doing everything possible he could to defend his innocence is NOT an asshole.

75. How can Mr. Wang suffer from "persecutory ideation" when there is solid evidence to prove that those "persecutions", "abuses", and "discrimination" are real? [Is there a place that Mr. Wang has NOT experienced being "persecuted"? KJMC? DOC? New Haven Superior Court? Or Whiting?] How can Mr. Wang suffer from "Aggrandization" when he had courage to do the right things and stand up to bullies? How can Mr. Wang suffer from "Nascissis" when he knew his own weakness, loved justice, cared about fellow human beings, and could sacrifice for others? Obviously, Mr. Wang's past experience at Whiting in more than one year proves that Whiting, Dr. Cotterell, other psychiatrists, psychologists, New Haven Superior Court, and the Office of Public Defender had tried to make him insane with abuses and make him become incompetent to stand trial and to represent himself with wrong diagnosis in psychiatric terminology.

76. _Dr. Cotterell and other "experts" involved in Mr. Wang's case on behalf of the state or the court did NOT make the wrong diagnosis about Mr. Wang's mental health because there was a "blind spot" and/or uncontrollable "subjective bias", or "confirmation bias", etc._ _They had consciously and deliberately distorted, twisted, and manipulated the facts to smear Mr. Wang, assassin his characters, torture him mentally, discredit him, and defame him in order to demonize him and criminalize him._ In 2010-2011, **Dr. Cotterell** had testified that Mr. Wang was competent to stand trial. In June 2015, **Dr. Cotterell** had mentioned an incident in his report that Mr. Wang had been physically attacked by a patient (Jonathan Mills) for "no reason". And he did NOT mention what staffer **Sandra** had done to Mr. Wang in the Dining Room when **Sandra** had tried to abuse Mr. Wang. However, In his September 10, 2015 Report, **Dr. Cotterell** wanted to dishonestly depict a picture about Mr. Wang of being "psychotic" and "with persecutory ideation", **Dr. Cotterell** had unethically omitted the fact which he had mentioned in his June 2015 Report that Mr. Wang had been physically attacked by the patient. And **Dr. Cotterell** became untruthful about the facts of Mr. Wang being abused by staffers "**Fat Will**" and "**Sandra**", and labled Mr. Wang with "behavior problems" for Mr. Wang's being abused by the state employees at Whiting. Indeed, experts like **Dr. Cotterell** are, as being described in **_Psychology Today_**, hired guns, whores, even "saxophones". The abuses Mr. Wang had experienced at Whiting are _hair-raising, and have achieved a level of cruelty, barbarity, arbitrariness, absurdity, and/or brutality: recently certain employees have started to accuse the patients (including Mr. Wang) at Whiting of looking at the employees "inappropriately" and taken actions to abuse or punish the patients._ Mr. Wang had been repeatedly abused by certain staff members at the Dining Room, Bathroom, and Dormitory. He had been accused of taking food from other patients(**accuser: Sandra**) when he did NOT, flushing the toilet too many times (three times, **accuser: SARYN**), littering the bathroom when he did NOT(**accuser: SARYN, Sandra, and Tammy**), clogging the toilet bowl when he did NOT (**accuser: Sandra**), looking at a fat, female African American "inappropriately" (**accuser: SARYN**) when she passed by in the hallway and Mr. Wang had just raised his head taking a look at her because Mr. Wang recognized her and had used to talk to her before, or saying something inappropriately when he said to a "nurse" Misty as a compliment that "Misty, you look great!".

77. _Mr._ Wang has always been abused for no reason. He has been the victim of "Racial profiling" and "double standard". On August 4, 2016, Police Officer "Kim Peterson" had assumed Mr. Wang intended to go into the

Garden and preemptively warned Mr. Wang not to get close to the Garden in the Courtyard. When Mr. Wang told her that he did NOT intend to go into the Garden because he knew the rule that a patient could NOT go into the Garden without permission and told the female black officer that she should NOT assumed Mr. Wang want to do something when there was no evidence. Officer Kim Peterson became upset instantly and angrily ordered Mr. Wang to "go back to your Unit" and kept Mr. Wang from the Courtyard. After Officer Peterson talked to Unit Two Staff member "Wanda", Wanda had told Mr. Wang "you can NOT carry a book or folder in the Courtyard unless you're going to a group." Mr. Wang had no idea about what Officer Peterson had said to Wanda about why she sent Mr. Wang back to the Unit. However, it seemed Wanda had tried to justify Mr. Wang's being sent back to the Unit by telling Mr. Wang that he could NOT carry a folder while he is in the Courtyard, because: __First__, Mr. Wang was prepared to go to a group on August 4, 2016; __Second__, Mr. Wang or other patients have been carrying a book or folder in the Courtyard all the time. How could Wanda suddenly need to tell Mr. Wang about this "unheard" policy? Again, it proves those abusive state employees, including certain racist police officers, have been repeatedly abusing Mr. Wang arbitrarily based on their "assumptions" or "paranoia" about Mr. Wang. And when their abuses are been questioned, those bullies and abusers are good at using lies, making excuses and filing false charges against Mr. Wang or other victims. *The arbitrariness in abusing patients and intentional inflict of emotional distress on patients at Whiting are pervasive, recalcitrant and routine like a malignant cancer.* Those delinquent abusers at Whiting have despised the laws and have got away with their despicable misconducts and crimes again and again. The Director of Whiting, Dr. Thomas Ward-McKinlay, is directly responsible for the heinous abuses occurred at Whiting, because Dr. Ward-McKinlay knows what those abusers had repeatedly done to abuse and bully Mr. Wang or other patients. This is the obvious evidence of retaliation, discrimination, and abuse, proving that the U.S. Court needs to take action to end such irrational injustice! __Third__, *Officer Peterson is a disgrace to the Black Communities and the "Black Lives Matter!" movement.* When so many African Americans are decrying the police's unjustifiable use of violence against them based on the false "assumptions", Officer Peterson had abused Mr. Wang on August 4, 2016 based on her false "assumption" and discriminated against Mr. Wang, because she did NOT order a White patient "Nick" to "go back to your unit". Nick was walking next to Mr. Wang and he was the one who had picked up a rotten tomato in the grasses, causing Officer Peterson's attention. Racial profiling is against the law. In Maricopa County, Arizona, Judge Snow had filed criminal charges of court contempt against Sheriff Joe Arpaio because he refused to stop racial profiling.

### Defendant Dr. Frankel and APRN Kathey Burness: Deliberate Indifference to Mr. Wang's Medical Needs after He Had Been Assaulted By a Patient Ralph Green

78. Mr. Wang had been assaulted by Patient Ralph Green on September 5, 2016 between 10:00PM and 10:30 PM (time subject to further verification). Mr. Green had punched Mr. Wang in his right cheek. After he was assaulted, he had told Unit Two staff at Whiting Forensic Institute (or Whiting hereafter) at Connecticut Valley Hospital (or CVH) that he wanted to press a charge against Ralph Green. (*On September 13, 2016, Mr. Wang*

"Irene"

_had told Officer Beaudin that he still wanted to press a charge against Ralph Green_.) The police (policewoman Patricia Beaudin and a policeman) and medical doctor (Dr. "Frankel", first name unknown) were called. A female doctor (Dr. "Frankel") had only asked Mr. Wang several questions and did NOT do any physical examination on Mr. Wang. Mr. Wang said he felt "stunned" and was still unable to give much information about the head injury.  She (Dr. "Frankel") had NOT checked Mr. Wang's vital signs either. Obviously, Mr. Wang had suffered "Antegrade amnesia" (sign of head trauma. He was unable to recall the moment he was hit and subsequently how Ralph Green was removed from him, indicating memory loss) and "dysarthria" (sign of speech muscle injury or weakness) _right after_ he was hit by Ralph Green (Mr. Wang had told police and Dr. Frankel that he had to "push" very hard in order to be able speak to them.) He had developed signs and symptoms of head trauma, such as swelling face, cheek tenderness, neck stiffness, faint, head tightness (or heaviness), and from September 9, 2016 to September 12, 2016 he started to experiencing light generalized headache. At the time he was typing one of the motions to the Court on September 13, 2016, the tenderness and swelling had improved. Headache is also improving. However, there is a lingering sense of "stun", "faint" and "head tightness", etc. (_On September 15, 2016, Mr. Wang had told the Treatment Team that he still wanted to be assessed by a neurologist._)

79. On September 6, 2016, Mr. Wang had informed Unit 2 staff Wanda William that he requested to be seen and assessed by a neurologist for concussion, because he was blacked out or had lost consciousness the night before because he could NOT remember the moment he was hit by Ralph Green and when and how Mr. Green was taken away from him (Wanda had noticed that Mr. Wang's right face was swollen and told Mr. Wang that "it was a good hit!" meaning Ralph Green had hit Mr. Wang hard last night). Mr. Wang believes he may have a concussion. Later he had told Unit 2 nurse Tim Murphy that he felt faint, heaviness, and stunned in his head, and his neck was stiff because of possible concussion and whiplash. Mr. Wang had also told both Wanda and Tim that his right cheek was swollen and there was tenderness. He had made the same request to Tim Murphy that he needed to be assessed by a neurologist in order to know the extent of the injury. Tim Murphy had noticed Mr. Wang's swollen right cheek and had checked Mr. Wang's pupils' light reflex and told him that he would let "them" know Mr. Wang's request. At noon about 12:30PM, Dr. Hauser, the psychologist (NOT a medical doctor) had come to see Mr. Wang and asked him whether he needed a physical therapy for the neck. She agreed that Ralph Green had punched Mr. Wang for NO reason (allegedly because Mr. Wang said that he is a father of four kids.) At about 12:45PM, an APRN "Kathy" (name subject to further verification) came to the hallway in Unit 2 and found Mr. Wang, telling him that she "comes to see you". Then she passed Mr. Wang and continued to walk forward in the hallway. Mr. Wang followed her, but she told Mr. Wang that she needed to find something. ("Kathy" had NOT come back to see Mr. Wang on September 6, 2016. Next day when Mr. Wang saw her again in the hallway, she claimed she had seen Mr. Wang already on September 6, 2016. Kathy told Mr. Wang that "You have no injury!" Mr. Wang asked her, "You had NOT asked a single question. How do you know I do NOT have injury?" Kathy told Mr. Wang that "there is no test for your condition." Mr. Wang told Kathy that he wanted to be assessed by a neurologist. Kathy didn't give Mr. Wang a definite answer or Mr. Wang did NOT hear her clearly.) On September 6, 2016 afternoon at 2:00PM, Mr. Wang had a meeting with the treatment team (Frank Valdez, Tim Murthy, Dr. Lori Hauser, and Megan). There was no

medical doctor present at the meeting. Mr. Wang had made the request again he wanted to be examined by a neurologist. He also told the treatment team that if "Kathy" came back at the time he was in library, please asked her to wait until he finished the library. In the evening (September 6, 2016), Mr. Wang had told Wanda that Kathy had NEVER come back to see him and he still wanted to be seen by a neurologist. Wanda told Mr. Wang that she would NOT be at work next day. She asked Mr. Wang to tell other staff about his request. At about 5:40PM, police woman **Patricia Beaudi** had come to Unit 2 to take a statement from Mr. Wang at the dining room. Mr. Wang had told her that he had tenderness and swelling in his right cheek but still did NOT know the extent of the injury because he had NOT been seen by a neurologist. He told her that he very likely had concussion. Also in late afternoon or evening, staff member Danny, who had witnessed the brutal assault, told Mr. Wang that "*your face is very swollen*. I'm sorry this happened to you". A patient Nickolas Benner (or NICK) had told Mr. Wang later at night (or next day at night) that he was outside the dorm in the hallway watching Ralph Green assault Mr. Wang and had heard "*very loud sound* when he (Ralph Green) hit you (Mr. Wang)". Wanda had said the assault was a good hit! And Ralph Green had bragged to other patients that he is a professional fighter and he had given Mr. Wang a good punch. Obviously, Mr. Wang had sustained serious punches and head trauma. He had serious condition which needed medical attention immediately, even though the concussion and TBI (Traumatic Brain Injury) or CTE (Chronic Traumatic Encephalopathy) is a difficult medical condition which is hard to assess and could have debilitating long-term effects.

80. On September 8, 2016 by the time Mr. Wang was typing one of his motions to the courts, he still felt he had those signs and symptoms and had made request to Frank Valdez again at about 1:00PM that he wanted to be seen by a neurologist. He had told Frank Valdez that it is his constitutional right to be seen and examined by a neurologist. At about 2:00PM, Mr. Wang had met his appeal attorney Mark Rademacher at the Professional Visitor room and told him that he needed his help to get a neurologist for assessment. Mr. Wang had tried to give him a copy of the motion which had been sent to the Courts. Attorney Rademacher refused to take it and telling Mr. Wang that he could NOT help Mr. Wang in this regards. Similarly, at about 4:15PM, Attorney Thomas Ullmann, Mr. Wang's criminal case counsel, had visited Mr. Wang and told Mr. Wang that he could NOT help Mr. Wang in this regards, but would try when Mr. Wang kept pressing Attorney Ullmann that Attorney Ullmann was his lawyer and should try to help Mr. Wang. Mr. Wang had given him a copy of the first version of this motion and asked him to file the motion with the court. Attorney Ullmann had told Mr. Wang that some of Mr. Wang's motions mailed to him or to the court had NOT reached him or the court. Mr. Wang said he had lost more mails at Whiting than at DOC.

81. On September 9, 2016, Mr. Wang had called Mr. Will Brady, the Client Right Officer at Whiting, and Connecticut Legal Rights Project (CLRP), talking to the Receptionist at CLRP and leaving a message for Joanne Bilger, informing that he had difficulty getting Whiting to send a medical doctor or neurologist to see him and examine him. Mr. Wang had made the requests in their answering machines that he needed their help to have his head injury assessed by a neurologist. On September 8, 2016 Mr. Wang could feel the tenderness in his right cheek when eating food. On September 9, 2016, Mr. Wang still had tenderness in his right face and feeling faint, fogginess, heaviness, and confused in his head. The stiffness of the neck seems improving. Later, Mr. Wang started to feel generalized light headache, which lasted until September 12, 2016.

82. Mr. Wang continues to have signs and symptoms of traumatic brain injury (TBI) from the assault (fainting which is NOT caused by high or low blood pressure, dizziness, tightness or heaviness, and headache, etc. His good sense of time has decreased. His memory has decreased. And his moving coordination seems not as good as before when he does exercise). Whiting had NOT taken Mr. Wang's vital signs until October 1, 2016 when there was a routine taking of vital signs. No doctor had ever asked his medical history, a single question about the signs and symptoms after the assault, or done any physical exams (PE) on him from September 6, 2016 to September 28, 2016. On September 29, 2016, Mr. Wang was seen by a neurologist Dr. Volpe, more than three weeks after the assault. And he was handcuffed and shackled when he was examined by Dr. Volpe. APRN Kathy Burness has displayed callousness and indifference to Mr. Wang's medical needs all the time by declaring that Mr. Wang had no injury from the assault. Whiting, Attorney General Office, CVH and DMHAS had been informed about Mr. Wang's condition and they knew Mr. Wang's medical needs.

83. Wang has always been abused for no reason. He has been the victim of discrimination based on race or national origin, "Racial profiling" and "double standard" (_**Without giving the details of all the abuses occurred to him, such statement may sound like "conclusory"**_). Whiting has displayed racism in patient care too! When a white patient Robert Ranking (all names subject to further verification) was assaulted by another patient Jamal, Robert was placed on observation with his vital signs being taken every two hours. When a patient Stephen was assaulted by a black patient Jamal Coolie, Coolie was banned from the Court yard and medicated heavily. Whiting also has displayed a pattern of covering up incidents where a patient was attacked by another patient.

84. The death of Patient Andrew Vermigglio (in his 20's, name subject to further verification) at Unit 4, Whiting Forensic Institute, CVH on December 2, 2016 proves that at Whiting there exists both potential and actual unnecessary medication, criminal negligence, foul play, deliberate indifference to a patient medical needs, and/or institutional incompetency of Whiting as a medical facility. It also proves whatever Dr. Cotterell said at New Haven Superior Court on October 6, 2016 about the patient safety at Whiting are subject to further questioning, another piece of evidence to substantiate that Dr. Cotterell has credibility problem in his testimonies about Mr. Wang's mental health and behaviors in his September 10, 2015 Report.

85. To medicate Mr. Wang for something he does NOT have and to be deliberately indifferent to his medical need after his sustaining head injury are two sides of the same coin of medical malpractice. _There is an issue of physicians' competence and ethics at CVH._ **Dr. Burger** (name subject to further verification), a female psychiatrist at Unit 4 of Whiting who has never seen Mr. Wang or talked to him, had allegedly told a patient James Ward that she wishes Mr. Wng "will be medicated." Such unprofessionalism, immorality, patient abuse, and possible criminal act at Whiting find no boundary. When a patient at Unit 4 Andrew Vermig(g)lio died on December 2, 2016, allegedly Dr. Burger had "masterminded" to lie that the patient had died "on his way to hospital when EMS arriving at Middlesex Hospital", while, allegedly the patient was, in fact, all blue and died at Unit 4.

## **EXHAUSTION OF LEGAL REMEDIES**

86. Mr. Wang had contacted Connecticut Legal Rights Project (CLRP) regarding the wrong diagnosis and wrongful forced medication on Mr. Wang. CLRP had informed Mr. Wang that they could do nothing for Mr. Wang. From January 2016, Mr. Wang had contacted CLRP in both mails and phone calls regarding the abuses he had been receiving from Whiting. CLRP has NOT answered Mr. Wang's requests for help.

87. Mr. Wang had filed numerous motions to New Haven Superior Court since September 2015 challenging the correctness of the diagnosis of his mental health by Whiting and asking for a second opinion from a qualified defense expert. The Court had ignored his motions, which had violated Mr. Wang's "*due process rights*". *Wolff v. McDonnell*, 418 U.S. 539 (1974). And instead, in his BRIEF (January 2016) to Connecticut Supreme Court, Judge O'Keefe had falsely blamed the defendant for NOT offering different opinion about his mental health. In November 2015 at a public hearing, Judge O'Keefe had prejudiced himself before trial by telling the public that the accused (the Plaintiff Mr. Wang) "is a danger to the society and can NOT be set free".

88. Mr. Wang had filed appeal to Connecticut Supreme Court in order to overturn Judge O'Keefe's wrongful order for forced medication, because the diagnosis of Mr. Wang's mental health by Dr. Cotterell and other Whiting doctors was wrong. The argument presented to the Supreme Court by the Mr. Wang's public defender proves that the public defender was NOT on Mr. Wang's side. Public Defender Rademacher said, "What is not in dispute is that Mr. Wang is mentally ill and he is not competent to stand trial." This statement contradicts Mr. Wang's belief that he is competent to stand trial. State prosecutor Nancy Walker's statement at the Supreme Court proved that Dr. Cotterell and other experts had been lying about Mr. Wang's mental health. Walker said, the medical experts who have testified in Wang's case have been consistent in their appraisals of Mr. Wang's symptoms. As being pointed out in this complaint about Dr. Cotterell, Dr. Cotterell was inconsistent and untruthful in another case regarding the efficacy and side effects of the same medicine. **And forensic monitor Susan McKinlay's comments on October 14, 2016 prove that the diagnosis is wrong and the forced mediation is NOT for medical reasons.**

89. Many abuses and untruthful statements from staff members had been used by Dr. Cotterell to misdiagnose Mr. Wang's mental health are abhorrent. Plaintiff LISHAN WANG had used the patient and/or prisoner grievance procedure available at Whiting to try and solve the problems. The exhibits mentioned above proved that the plaintiff had always kept good faith in the system and wanted to solve the problems with good will. The fact the plaintiff used to try to file grievances with the Unit Director, Whiting Director (including Acting Director), Client Right Officers, CVH CEO, Attorney General Office, and the relevant courts after experiencing so many abuses indicates that the plaintiff has only wished the abuses will stop and the system can correct itself. It is fair to say that Whiting in general had responded to the plaintiff grievances and had been able to correct or stop many of the abuses. However, a few abusers have been so used to abusing the patients and the weak at will and had been so used violating the policies and the laws without negative consequence to themselves. As a staff member working at Whiting for more than one decade had nonchalantly told Mr. Wang, "At the end, everything will be swept under the rug." A nurse **HEATHER** had said proudly, "Believe me: I have worked here for so many years. Nothing will change!" She had even described Mr. Wang's complaints to CEO of CVH, CLRP paralegal, and the Director of Whiting as "Crying wolf" and "nobody is going to believe you anymore!" She had cited the NO RESPONSE from CLRP as an example and evidence that the Plaintiff's

complaint would go nowhere! A few abusive employees (or fiends, villains, hooligans, etc.) were working at Whiting in 2010 when Mr. Wang was first sent to Whiting. They are still working here and remain as abusive as before, such as Miguel, Sandra, and the kitchen lady. Those bullies, abusers, and law breakers had witnessed each other's unethical or illegal activities for years and had vouched, covered up for each other. They have become one and Whiting becomes a hostage of those villains because any action against those fiends/villains would backfire at Whiting. The system usually has to cover up those abuses in order to maintain a good image for itself and to protect themselves. Even though some temporary measures had been taken after receiving the complaints from the patients, those bullies, fiends and abusers might just behave for a short period of time and would return to their old selves, sometimes even becoming worse! Certain lazy employees have "glorified" or "boasted" their laziness and abuses with words such as "the patients do NOT like to be ignored. And I just ignore them!" And if these bullies, abusers, and villains did NOT have to worry a bit even when a patient had died or had been beaten up, why should they be concerned about any complaint? As being mentioned at the beginning of this complaint, it is extremely difficult to bring a lawsuit against Whiting by a "patient". Whiting has developed so many methods and tools to cover up any malpractices, abuses, and/or illegal activities, or to discredit any patient's story. If a "patient" as sane as Mr. Wang could have been abused so often and so flagrantly, and he could file a complaint when an abuse happened, what had happened to those "insane patients" when they might NOT know they could file a complaint or they had been sedated with all different kinds of medicines? Just to repeat the mail tampering as an example, Whiting had gambled its reputation and integrity to lie for Officer Caesar in order to cover Officer Caesar's "crime". Why? Why couldn't Whiting make Officer Caesar apologize to Mr. Wang and solve the incident before the case going to the court? Absolute power brings absolute corruption! Those abusive state employees at Whiting would NEVER admit any wrongdoing when they mistakenly felt that they were above the law and "own the patients' lives".

90. *Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty.*

91. In *Sell v. U.S.*, 539 U.S. 166 (2003), The U.S. Supreme Court has ruled that "assuming that defendant was NOT dangerous to himself or others, he could NOT be ordered involuntarily to take antipsychotic drugs solely to render him competent to stand trial without consideration of important questions about trial-related side effects and whether they were likely to undermine fairness of trial." In his letter to the members of CT General Assembly and other parties, Mr. Wang had said, "New Haven Superior Court and Attorney Ullmann have NEVER granted my numerous requests for a second opinion about my mental health from a qualified defense psychiatrist. *Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. (It was **Attorney Thomas Ullmann** who had plotted in February 2015 to take away my right to self-representation and to make me "incompetent", and thus effectively silence me at court since then.)* **Judge O'Keefe** had first prejudiced himself by telling the public before trial in November 2015 that Mr. Wang 'is a risk to society and can NOT be set free'. *This has jeopardized Judge O'Keefe's neutrality before trial, as in the case of U.S. Justice Ruth B. Ginsburg in her recent criticizing Donald Trump*. And in his brief of January 21, 2016 to Connecticut Supreme Court, **Judge O'Keefe** at New Haven Superior Court had blamed the defendant

(Mr. Lishan Wang) NOT presenting a different opinion about his mental health to the court. Without being seen by a defense psychiatrist, how could I (Mr. Wang) present an opinion of my mental health to the court. A great majority of correction officers and inmates at DOC (Department of Corrections), and a great majority of the patients and state employees at Whiting could testify that I do NOT need any medication, because I do NOT have any 'behavior and/or thought problem' which could justify the need of forced medication." Obviously New Haven Superior Court **Judge O'Keefe** is _untruthful_, biased, and has violated the law which stipulates that an accused is innocent before trial until proven guilty, and a contradiction to the _U.S. Supreme Court's_ ruling in **Sell v. U.S.** (The U.S. Supreme Court indicates in this case that an accused can NOT be medicated by force against his will if he or she does NOT pose a danger to him/herself or others). Mr. Wang continued to say in one of his motions to New Haven Superior Court, "_The doctors had deliberately made such wrong diagnosis to demonize, discredit, disable, and criminalize me without a trial or to compromise my mental and physical integrity before trial. I'm willing to subject myself to a panel of forensic psychiatrists and psychologists to assess my mental health in front of the public in order to prove my competency._" The truth is: The court had wanted to take away Mr. Wang's _pro se_ right and, "in order to meet the standards set by the cases **Sell v. United States** and **Indiana v. Ahmad Edwards**, the court and the hired guns had a diagnosis in advance and then dishonestly gone out to fabricate the evidence to reach the diagnosis".

92. Mr. Wang has sent many letters and numerous motions to Connecticut Attorney General Office (AGO), CVH CEO, DMHAS and its Commissioner, Dr. Ward-McKinlay, New Haven Superior Court, and other institutions regarding the medical malpractice, wrong diagnosis and unnecessary forced medication occurred to him. The relevant defendants know the problems and they are legally responsible for the criminal activities occurred at Whiting. For the law professionals and medical professionals to use wrong diagnosis for unnecessary forced medication is itself an act of breaking the laws and ethics.

## LEGAL CLAIMS

93. Plaintiff re-alleges and incorporates by reference paragraphs 1-93.

94. _Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty. The deliberate indifference to Mr. Wang's medical need after he had been assaulted is a fraud and been carried deliberately._ Frank Valdez' words prove that the medication is NOT for medical reason. And Misty had indicated there is a problem of falsifying medical records at Whiting.

95. Mr. Wang is a good man and law-abiding citizen, as being indicated in many examples mentioned in this complaint. He had advised patient Nick Benner NOT to attack Sandra. He had told Nurse Heather that there was a bottle of bleach neglected at the bathroom. He had courage to break the fight between the patients. However, he had been treated differently with different standards, abused and bullied by the state employees including police officers out of their racism and racial profiling. Many times he had been punished by the state employees for their assuming Mr. Wang was going to do something while he was NOT or for something he did

NOT do. On contrary, he had been assaulted on September 5, 2016 by a violent patient who is white during curfew time in front of three state employees. The most outrageous is: the doctors and APRN at Whiting had denied Mr. Wang had sustained any injury after the assault while they did NOT even check Mr. Wang's vital sign, do any physical examination on him, or ask a single question about the assault and how Mr. Wang felt after his being assault. And on September 13, 2016, a policewoman had even tried to persuade Mr. Wang NOT to press a charge against Ralph Green, telling Mr. Wang that Ralph Green was just "being difficult".

96. To knowingly misdiagnose Mr. Wang's mental health is a medical malpractice and a possible crime. It's a violation of Mr. Wang's 8th Amendment Right. To knowingly medicate Mr. Wang based on the wrong diagnosis of Mr. Wang's mental health is a medical malpractice and a possible crime. It's a violation of Mr. Wang's 8th Amendment Right. To knowingly use the wrong diagnosis and unnecessary forced medication constitutes waging "mental torture", "psychological warfare", and "terrorism" on Mr. Wang, an un-sentenced "accused" who is assumed "innocent until proven guilty". It's a violation of Mr. Wang's 8th Amendment Right and his basic human rights. The racial profilings, abuses and deliberate indifference to Mr. Wang's medical needs at Whiting are the acts of racism, discrimination, and a violation of Mr. Wang's 8th Amendment Right.

97. Quite a few times Mr. Wang had been informed that the forced medication on him was imminent. He had a doomed feeling and had plunged into fear, panic, depression, anxiety, and despair. He fully understood that as an individual, he is too small, too weak to stop or to resist the atrocity of the forced mediation on him for some disease he does NOT have, as if in a flashback of what had happened in July 2008 when Kingsbrook Jewish Medical Center in Brooklyn, New York had determined to destroy his career using false allegation that he had threatened a colleague's safety in public area. In 21st century, no matter what charges he is facing, New Haven Superior Court could only find him guilty by a trial with jury. It can NOT use medicine to find him guilty or compromise his capability for defense. The mental anguish and emotional distress from the wrong diagnosis of his mental health and the terror of unnecessary forced medication have worn Mr. Wang down significantly. [The death of Patient Andrew Vermigglio (in his 20's, name subject to further verification) at Unit 4, Whiting Forensic Institute, CVH on December 2, 2016 proves that at Whiting there exists both potential and actual unnecessary medication, criminal negligence, foul play, deliberate indifference to a patient medical need, and/or institutional incompetency of Whiting as a medical facility. It also proves whatever Dr. Cotterell said at New Haven Superior Court on October 6, 2016 about the patient safety at Whiting are subject to further questioning, another piece of evidence to substantiate that Dr. Cotterell has credibility problem in his testimonies about Mr. Wang's mental health and behaviors in his September 10, 2015 Report.]

98. The State of Connecticut also has a notorious dark history of using prisoners for medical experiments with Hepatitis Virus by Yale professors. The wrong diagnosis of Mr. Wang's mental health and the wrongful forced medication is likely a schemed medical experiment.

99. The American Civil Liberties Union (ACLU) had sued two former Air Force psychiatrists who designed a CIA program that used harsh interrogation techniques to elicit intelligence from suspected terrorists, saying the pair endorsed and taught torture tactics under the guise of science. Similarly, using mental torture, psychological warfare, wrong diagnosis, and the terror of forced medication is illegal or "extremely cruel" to Mr. Wang who is innocent until proven guilty.

100.      In August 2015, the Interrogation Ban had been enacted by **APA**. The Council of Representative of **APA** voted 157-1 to ban psychologists from participating in national security interrogations. The Plaintiff Lishan Wang is an "*un-sentenced*" patient and should NOT be subjected to psychological warfare and mental torture, such as being instilled and forced into "Learned Helplessness".

101.      In August 2015, **_SCIENCE_** magazine had published the results of a study which had discovered that the majority (65%) of the psychology publications was fictional and could NOT be replicated. The rest 35% publications could be replicated, but the size of the effects was only half of that in the original reports. *The scale of the frauds in psychology studies was astronomical and had been ranked number 8 of the top 100 science discoveries in the year 2015*.

102.      **Judge Bazelon**(in his 1974 address to the American Psychiatric Association): Certain forms of psychiatric testimony is "*wizardry*" and "conclusory statements couched in psychiatric terminology".

103.      Mental anguish or trauma has been recognized as a significant injury and entitled gigantic restitution in cash: **$55 million** had been awarded to sportscaster **Erin Andrews** in her lawsuit against two hotel companies and a stalker who secretly recorded a nude video of her through a peephole. **Hulk Hogan** had won his $100 million lawsuit against Gawker, Denton and the ex-editor who had posted the Hulk Hogan sex tape.

104.      Section 1983 grants a patient to sue over a one-time action that violates plaintiff's right. The plaintiff could also sue over a pattern or practice of certain acts.

105.      By 2016, Medical Error has overtaken respiratory diseases and become third leading cause of death in USA.

106.      Dr. Cotterell has credibility problem: In **_State v. Holden_** 53 Conn. Supp. 290, "Dr. Cotterell ultimately agreed that he is unable to say with 'any certainty' that if the defendant is given an increase dose of either Haldol and/or Olanzapine, that she will be restored to competence"(page 307). On contrary, when Dr. Cotterell took a stand at New Haven Superior Court in September and October 2015 to testify in Mr. Wang's criminal case, he had perjured himself by saying that there was a '*50-70% certainty*' that Mr. Wang could be restored to competence with Olanzapine. In **_State v. Holden_** 53 Conn. Supp. 290, the Judge said, "Dr. Cotterell's testimony was inconsistent and ambiguous" (page 306). On contrary, Dr. Cotterell had testified "*consistently*" at New Haven Superior Court in Mr. Wang's case that there was a '*50-70% certainty*' that Mr. Wang could be restored to competence with Olanzapine. Obviously, Dr. Cotterell has improved his style of "consistency" as an expert witness, but that "consistency" came at a price of being dishonest, unethical, and incompetent, because the same drug Olanzapine could NOT become more effective as Dr. Cotterell had wished it in Mr. Wang! Dr. Cotterell has NEVER treated Mr. Wang. There is no evidence for him that he could overrate the efficacy of the drug in Mr. Wang. *Forensic Monitor Susan McKinlay's statement on October 14, 2016 proves that the diagnosis of Mr. Wang's mental health is wrong and the forced medication is NOT needed if Mr. Wang could just admit guilty.*

107.      On October 13, 2015 when Mr. Wang refused to surrender certain evidential items to Mr. Valdez, Mr. Valdez had said, "That is why we think you need to be medicated!" Mr. Wang had plunged into panic, fear, despair, and tremble. Mr. Valdez is NOT a medical professional. When Mr. Valdez used medication on Mr. Wang as an intimidation, he had violated Mr. Wang's Eighth Amendment Right for being cruel. Similarly, when

the court-appointed Health Care Advocate (HCA), Nurse Gail Sicilia, came to Whiting to talk to Mr. Wang in late 2015, she had assumed an air of Nazi doctor Joseph Mengel. Mr. Wang's heart had sunk to a bottomless abyss and believed that she was going to recommend for forced medication on Mr. Wang and there was "No win, no escape" for Mr. Wang. Unsurprisingly, Mr. Wang's HCA Gail Sicilia had recommended forced medication on Mr. Wang against his will, despite the fact that Mr. Wang does NOT have "delusion", "persecutory ideation", "paranoia", or "schizophrenia". Mr. Wang had yelled "You're lying!" at Gail Sicilia at New Haven Superior Court when she took a stand to testify untruthfully.

108.      The wrong diagnosis of Mr. Wang's mental health and the unethical recommendation to the court for forced medication against Mr. Wang's will had constituted _extreme cruelty_ and had violated Mr. Wang's 8th Amendment Right. Dr. Cotterell and Dr. Hauser's malpractices had also violated Mr. Wang's _free speech right_ (_such as Mr. Wang's insisting on his innocence, quoting Hitler's words, using a defense strategy of his own choice, and filing motions for discovery and rebuttal, etc._), his constitutional right of being innocent as a defendant in a criminal case before trial, and due process and equal protection right. (As a lawyer said in **_Rolling Stones_**, "Let me emphasize that charges are only allegations"; a defendant is "presumed innocent until proven guilty.") They had also committed defamation and discrimination against Mr. Wang in presenting untruthful statements about Mr. Wang's behaviors when there were confrontations between Mr. Wang and other patients or staff. Their false diagnosis of Mr. Wang's suffering from "persecutory ideation"  (regarding Mr. Wang's civil case against _Kingsbrook Jewish Medical Center_, or **KJMC** at Brooklyn, New York) also suggests that Drs. Cotterell and Hauser have harbored stereotype and racial bias toward the mental health of a minority, and demonstrated that these two doctors had inherent conflict of interest in judging Mr. Wang when they did NOT have adequate knowledge or information about KJMC's mistreating Mr. Wang between 2006 and 2008.  _Due to the fear of being medicated involuntarily, Mr. Wang dared NOT to tell the doctors, staff, and nurses at Whiting the truth about his mental anguish, fear, panic, sorrow, loneliness, helplessness, despair, worthlessness, depression, and emotional trauma. Mr. Wang had been placed in a cruel and desperate situation of "No win, no escape". This has also constituted extreme cruelty._ It also demonstrates that Whiting has succeeded in inculcating the "**learned helplessness**" into Mr. Wang's mind.

109.      The plaintiff has **_no_** plain, adequate or complete remedy at law to redress the wrongs described here. Plaintiff has been and will continue to be irreparably injured by the conducts of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks. The defendants tend to equate their brutality, wickedness, lawlessness, barbarism, violence, abuses, cruelty, racism, and discrimination with their egos and personal powers of being in control and being able to exert harms to another human being at will without facing any legal consequence. _The banality of their evil_, _arbitrariness in abusing Mr. Wang_ , _repetition of their abuses_, and _intentional inflict of emotional distress_ is anti-human, and has contributed to the degradation of a civil society and promoted the evil "_Learned Helplessness_". As a medical facility and caregivers, Whiting and those abusive, fiendish employees have been hurting and compromising Mr. Wang's mental health. They had violated the Code of Medical Ethics of "**DO NO HARM**!" Forced medication on Mr. Wang for the wrong diagnosis is wrong, illegal, and unethical! **Cicero** said, "..._for an action intrinsically right is just on condition that it is voluntary_." It is a crime NOT to speak out the abuses and barbarity occurred at

⇨ P38

Whiting. It is pusillanimous if Mr. Wang did NOT stand up to it. It is a corruption, delinquency, and desertion of the duty for the Court NOT to prosecute them!

110.    The pretrial detainees should have more protection than convicted prisoners or NGRI patients who had admitted guilty of their charges. **_Gibson v. County of Washoe_**, 290 F. 3d 1175, 1188 n.9 (9th Cir. 2002). **_Alberti v. Klevenhagen_**, 790 F. 2d 1220, 1224 (5th Cir. 1986).

111.    Denying Mr. Wang's request for a second opinion about his mental health from a qualified defense expert is a violation of Mr. Wang's _14[th] Amendment Right._

112.    New Haven Superior Court, Attorney Thomas Ullmann, the psychiatrists and psychologists from Yale University and Whiting had wrongfully and unjustifiably accused the Plaintiff of filing "inappropriate motions" at court and of quoting Hitler inappropriately. This is a violation of the Plaintiff's _First Amendment Right_. Falsely labeling the Plaintiff as "being incompetent" because he has insisted on his being innocent until being proven guilty, because he wants to represent himself at trial, and because he did NOT want to discuss his criminal case with the psychiatrists at Whiting or from Yale is a violation of Mr. Wang's _5[th] and 6th Amendment Rights_. Unnecessary and wrongful forced medication against Mr. Wang's will is a violation of Mr. Wang's _8[th] Amendment Right._ They had also defamed Mr. Wang and **falsely labeled Mr. Wang as "a danger to the society"**.

113.    **Racial Profiling:** _Another incident_- on August 4, 2016, Police Officer "Kim Peterson" had assumed Mr. Wang intended to go into the Garden and preemptively warned Mr. Wang not to get close to the Garden in the Courtyard. When Mr. Wang told her that he did NOT intend to go into the Garden because he knew the rule that a patient could NOT go into the Garden without permission and told the female black officer that she should NOT assumed Mr. Wang want to do something when there was no evidence. Officer Kim Peterson became upset instantly and angrily ordered Mr. Wang to "go back to your Unit" and kept Mr. Wang from the Courtyard. After Officer Peterson talked to Unit Two Staff member "Wanda", Wanda had told Mr. Wang "you can NOT carry a book or folder in the Courtyard unless you're going to a group." Mr. Wang had no idea about what Officer Peterson had said to Wanda about why she sent Mr. Wang back to the Unit. However, it seemed Wanda had tried to justify Mr. Wang's being sent back to the Unit by telling Mr. Wang that he could NOT carry a folder while he is in the Courtyard, because: **First**, Mr. Wang was prepared to go to a group on August 4, 2016; **Second**, Mr. Wang or other patients have been carrying a book or folder in the Courtyard all the time. How could Wanda suddenly need to tell Mr. Wang about this "unheard" policy? Again, it proves those abusive state employees, including certain racist police officers, have been repeatedly abusing Mr. Wang arbitrarily based on their "assumptions" or "paranoia" about Mr. Wang. And when their abuses are been questioned, those bullies and abusers are good at using lies, making excuses and filing false charges against Mr. Wang or other victims. _**The arbitrariness in abusing patients and intentional inflict of emotional distress on patients at Whiting are pervasive, recalcitrant and routine like a malignant cancer.**_ Those delinquent abusers at Whiting have despised the laws and have got away with their despicable misconducts and crimes again and again. The Director of Whiting, Dr. Thomas Ward-McKinlay, is directly responsible for the heinous abuses occurred at Whiting, because Dr. Ward-McKinlay knows what those abusers had repeatedly done to abuse and bully Mr. Wang or other patients. This is the obvious evidence of retaliation, discrimination, and abuse,

proving that the U.S. Court needs to take action to end such irrational injustice! **Third**, *Officer Peterson is a disgrace to the Black Communities and the "Black Lives Matter!" movement.* When so many African Americans are decrying the police's unjustifiable use of violence against them based on the false "assumptions", Officer Peterson had abused Mr. Wang on August 4, 2016 based on her false "assumption" and discriminated against Mr. Wang, because she did NOT order a White patient "Nick" to "go back to your unit". Nick was walking next to Mr. Wang and he was the one who had picked up a rotten tomato in the grasses, causing Officer Peterson's attention. Racial profiling is against the law. In Maricopa County, Arizona, Judge Snow had filed criminal charges of court contempt against Sheriff Joe Arpaio because he refused to stop racial profiling.

114.    On contrary, when Ralph Green had showed his violent behaviors and repeatedly threatened or assaulted other patients or even staff members, Whiting did NOT take adequate actions to stop him or restrain him. He had threatened Patient Nicholas Bender on September 5, 2016 before he assaulted Mr. Wang. Obviously, there is a discrimination in punishing Mr. Wang based on assumption and giving Ralph Green leniency when Green was actually violent and harming other people. APRN Kathey Burness' (and in general Whiting's) medical malpractice and indifference to Mr. Wang's medical needs is a violation of Mr. Wang's 8th Amendment Right.

115.    The recommendation of "forced medication" on Mr. Wang against his will suggests that not only were the psychiatrists and psychologists from Yale University and Whiting lack of insight about Mr. Wang's mental health, but also lack of insight about what is good to Mr. Wang's mental health. Mr. Wang's court-appointed health care advocate (HCA), Nurse Sicilia Gail, had testified at New Haven Superior Court in late 2015 that "hopefully with medication he (Mr. Wang) could forget the past and move on in his life." It's obvious that one of the major goals for forced medication is to change, erase, and/or disrupt Mr. Wang's memory about the past. Even though Mr. Wang's past experiences at Kingsbrook Jewish Medical Center (or KJMC) in Brooklyn, New York and Dr. Alan C. Yao's Clinic were terrible, painful, and traumatic, he insisted that he had done nothing wrong at KJMC and had filed a civil lawsuit [CASE NO. 1:09-cv-03236-JG-SMG, Lishan Wang, M.D. (Plaintiff) v. Kingsbrook Jewish Medical Center (KJMC)] at U.S. Eastern New York District Court claiming KJMC had falsely accused him of threatening Dr. Toor's safety and KJMC had used untruthful testimonies to defame him and wrongfully terminated his hard-earned position as a training doctor. He was and is a victim and punching bag of both KJMC and Dr. Alan C. Yao's frauds and crimes. Backward-looking experiences can arm Mr. Wang for future in defending himself against all those meritless charges against him from KJMC and the State of Connecticut. Nostalgia of himself as a hard-working and compassionate physician and scientist could foster feelings of connection and re-enforce inspiration of being caring with integrity. Such self-continuity is essential for Mr. Wang to boost energy and vitality to fight both past and present prejudices and injustices against him. His being right and always doing the right things consistently as a law-abiding citizen would make him become optimistic again and get over from the depression he had suffered from being wrongfully terminated by KJMC in mid-2008. Not only nostalgia can enhance Mr. Wang's confidence in his social ability, but also assure he will be strengthened and get past the devastating experiences he has sustained in past and currently. Chemical lobotomy or forced medication is wrong in the first place because in Mr. Wang's case it is based on the wrong diagnosis; it is also detrimental because it will destroy Mr. Wang's memory, the divine

faculty given to every human being from God, which is critical and essential to preserving Mr. Wang's unique identity.

## **PRAYER FOR RELIEF**

116.      WHEREFORE, Plaintiff respectfully prays that this court enters judgment granting plaintiff:

117.      A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

118.      A preliminary and permanent injunction ordering the defendants to stop abusing and harassing the plaintiff physically, verbally, and emotionally, to stop mental torture and psychological warfare, and to stop discriminating against the plaintiff. The stigma to Mr. Wang's family and children is beyond monetary repair.

119.      Compensatory damages against each defendant, jointly and severally. Using Sport Reporter Erin Andrew and the Reality Show Star Mr. Hogan as case laws, Mr. Wang respectfully asks the court to order Whiting to pay Mr. Wang both compensatory damage and punitive damages in $100.00 millions

120.      Punitive damages against each defendant.

121.      A jury trial on all issues triable by jury.

122.      Plaintiff's cost in this court.

123.      Any additional relief this court deems just, proper, and equitable.

DATED: January 6th, 2017

RESPECTFULLY SUBMITTED,

LISHAN WANG, Plaintiff at Unit 2, Whiting Forensic Institutes, CVH, 70 O'Brien Drive, Middletown, CT 06475

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Unit 2, Whiting Forensic Institutes, CVH, 70 O'Brien Drive, Middletown, CT 06475 on _January 6th,_____ , 2016.

SIGNATUE: _____

       LISHAN WANG

Part Three of THREE