UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISHAN WANG, | : |
| | : |
|   Plaintiff | : |
| | : |
|     v. | :   CASE NO. 3:16-CV-01207 (AVC) |
| | : |
| MIRIAM DELPHIN-RITTMON; | : |
| HELENE VARTELAS, CEO, Connecticut Valley Hospital; | : |
| THOMAS WARD-MCKINLAY, Psychologist, Director of Whiting; | : |
| FRANK VALDEZ, Unit 2 Director; | : |
| MICHAEL A. NORKA, Psychiatrist; | : |
| MARK COTTERELL, Principal Psychiatrist; | : |
| DR. TAIYA OGUNDIPE, Psychiatrist; | : |
| LORI L. HAUSER, Psychologist; | : |
| SUSAN MCKINLAY, Forensic Monitor; | : |
| MISTY DELCIAMPO, Nurse; | : |
| DR. (1st Name?) FRANKEL, Physician, (Possible First Name: "Irene"); | : |
| KATHY BURNESS, APRN; | : |
| WANDA WILLIAMS, | : |
| | : |
|   Defendants. | : |

## **JUDGMENT**

This action having come before the Court for consideration of the plaintiff's fourth amended complaint and supplementary complaint, and the defendants' motion for summary judgment, before the Honorable Alfred V. Covello, United States District Judge.

On January 25, 2017, the Court dismissed all claims against defendants Cotteral, Hauser, Ogundipe, Norka, and McKinley. On January 4, 2019, the plaintiff filed a motion for adding more charges and more defendants. On April 4, 2019, the Court granted in

part and denied in part the motion, directed the Clerk to docket the supplementary complaint as a separate entry, and add Wanda Williams as a defendant to this action. The Court having considered the motion for summary judgment and the full record of the case including applicable principles of law, and having granted the defendants' motion on November 3, 2020. It is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants on all claims.

Dated at Hartford, Connecticut, this 13th day of November, 2020.

ROBIN D. TABORA, Clerk

By: /s/ Michael Bozek
   Michael Bozek
   Deputy Clerk

Entered on Docket: 11/13/2020